Elijah M. Watkins, ISB No. 8977
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 4:23-cv-00160-REP<br><br>**NOTICE OF LACK OF COURT DOCKET** |

PLEASE TAKE NOTICE that Defendant Vanir Construction Management, Inc. ("Vanir"), by and through undersigned counsel of record Stoel Rives LLP, hereby provides notice to the Court that it was unable to attach as an exhibit to the Notice of Removal filed on April 7, 2023, a docket sheet from the Shoshone-Bannock Tribal Court, Fort Hall Reservation, Civil Division for Case No. 2023-CV-CM-0051 because such document does not exist. Please see **Exhibit A** attached hereto.

**NOTICE OF LACK OF COURT DOCKET -** 1
119173305.1 0076321-00001

DATED: April 10, 2023.

        STOEL RIVES LLP

        <u>*/s/ Elijah M. Watkins*</u>
        Elijah M. Watkins

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I served a copy of the foregoing **NOTICE OF LACK OF COURT DOCKET** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

*paul@echohawklaw.com*

*/s/ Elijah M. Watkins*
Elijah M. Watkins