**Exhibit A**

**Exhibit A**

| From: | Geraldine Red Cloud |
|---|---|
| To: | Hasanovic, Emina |
| Subject: | RE: Case No. 2023-CV-CM-0051 |
| Date: | Monday, April 10, 2023 10:56:09 AM |
| Attachments: | image001.png |

Our Tribal Courts does not have this system like the outside jurisdictions. I have forwarded your request to my supervisor, Clerk of the Court.

**From:** Hasanovic, Emina <emina.hasanovic@stoel.com>
**Sent:** Monday, April 10, 2023 10:44 AM
**To:** Geraldine Red Cloud <gredcloud@sbtribes.com>
**Subject:** RE: Case No. 2023-CV-CM-0051
**Importance:** High

We need just a report of the filings that have been submitted, I've attached an example here, not the actual filings.

Thank you!

**Emina Hasanovic** | Practice Assistant
Direct: (208) 387-4257

**From:** Geraldine Red Cloud <gredcloud@sbtribes.com>
**Sent:** Monday, April 10, 2023 9:30 AM
**To:** Hasanovic, Emina <emina.hasanovic@stoel.com>
**Subject:** RE: Case No. 2023-CV-CM-0051

I have emailed to you this morning in 4 parts.

**From:** Hasanovic, Emina <emina.hasanovic@stoel.com>
**Sent:** Monday, April 10, 2023 9:28 AM
**To:** Geraldine Red Cloud <gredcloud@sbtribes.com>
**Subject:** RE: Case No. 2023-CV-CM-0051
**Importance:** High

Good Morning,

I am just following up on the below request, we need this docket report ASAP.

Thank you!

**Emina Hasanovic** | Practice Assistant
Direct: (208) 387-4257

**From:** Hasanovic, Emina
**Sent:** Friday, April 7, 2023 2:12 PM
**To:** 'Geraldine Red Cloud' <gredcloud@sbtribes.com>
**Subject:** RE: Case No. 2023-CV-CM-0051

Sorry, I should clarify. I mean to ask for a docket report including all the filing events that have been entered to date. Please call me if it would be easier for me to explain.

Thank you!

**Emina Hasanovic** | Practice Assistant
Direct: (208) 387-4257

---

**From:** Geraldine Red Cloud <gredcloud@sbtribes.com>
**Sent:** Friday, April 7, 2023 2:11 PM
**To:** Hasanovic, Emina <emina.hasanovic@stoel.com>
**Subject:** RE: Case No. 2023-CV-CM-0051

Good Afternoon:
It is on the court docket for April 12, 2023 at 10:00 a.m.

---

**From:** Hasanovic, Emina <emina.hasanovic@stoel.com>
**Sent:** Friday, April 7, 2023 2:08 PM
**To:** Geraldine Red Cloud <gredcloud@sbtribes.com>
**Subject:** Case No. 2023-CV-CM-0051
**Importance:** High

Hi Ms. Red Cloud,

Would you be able to send me a docket for the above referenced case? We would like this as soon as possible.

Thank you!

**Emina Hasanovic** | Practice Assistant
**STOEL RIVES LLP** | 101 S. Capitol Boulevard, Suite 1900 | Boise, ID 83702
Direct: (208) 387-4257
emina.hasanovic@stoel.com | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.