Exhibit B

Exhibit B

SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION
CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>                Plaintiffs,<br><br>V.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>                Defendant. | CASE NO. 2023-CV-CM-0051<br><br>**CIVIL SUMMONS AND NOTICE OF HEARING** |

THE SHOSHONE-BANNOCK TRIBAL COURT SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT: **VANIR CONSTRUCTION MANAGEMENT, INC.**

YOU ARE HEREBY NOTIFIED, That a Complaint has been filed against you in the Shoshone-Bannock Tribal Court by the above-named Plaintiffs; and

YOU ARE HEREBY DIRECTED, To answer to the said Complaint within Twenty (20) days of the service of this Summons; and

YOU ARE FURTHER NOTIFIED, That unless you appear and plead to the said Complaint within the said time herein specified, the Plaintiffs will take judgment against you by DEFAULT as prayed in the said Complaint.

YOU ARE FURTHER NOTIFIED, That the above-entitled case has been set for a hearing on the 12th day of April, 2023 at 10:00 a.m./p.m. at the Shoshone-Bannock Tribal Justice Center located at 56 Agency Road in Fort Hall, Idaho.

WITNESS my hand and the seal of the Shoshone-Bannock Tribal Court on this 1st day of March 2023.

*Geraldine Red Cloud*
Geraldine Red Cloud
Tribal Court Clerk

*** RETURN OF SERVICE ***

      I, the undersigned, certify that I served the above-named Defendant with a copy of this Civil Summons and Notice of Hearing and a true and correct copy of the Complaint in this action on this _____ day of _____, 2023. I further certify that service was made on the above-named Defendant or it's legal agent personally or by leaving copies of the Civil Summons and Notice of Hearing and Complaint at Defendant's dwelling house or usual place of abode with some person over the age of 18 years then residing therein.

_____      _____
SIGNATURE OF RECEIPT                        SERVICING OFFICER