Exhibit C

Exhibit C

Paul C. Echo Hawk
ECHO HAWK LAW OFFICE
P.O. Box 4166
Pocatello, Idaho 83205
Telephone: (208) 705-9503
Facsimile: (208) 904-3878
Email: paul@ecohawklaw.com

*Counsel for Plaintiffs*



FILED IN THE
SHOSHONE-BANNOCK
TRIBAL COURT
2023 ~~FEB 27~~ March 1st A 8:55
CLERK OF THE COURT
BY: JC
DEPUTY CLERKS OFFICE

## SHOSHONE-BANNOCK TRIBAL COURT
## FORT HALL RESERVATION
## CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>V.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>**ORDER AUTHORIZING PLAINTIFFS' COUNSEL TO SERVE DEFENDANT COMPLAINT AND SUMMONS** |

BASED UPON the Plaintiffs' Motion for Chief Judge's Authorization for Service of Complaint and Summons by Plaintiff's Counsel and good cause appearing:

IT IS HEREBY ORDERED that counsel for the Plaintiffs are authorized to serve the Complaint and Civil Summons in this case to the Defendant.

DATED this 28 day of February, 2023

_Justin St. Clair_
Chief Judge
Shoshone-Bannock Tribal Court

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Vanir Construction Management, Inc.
Attention: Dorene C. Dominguez
4540 Duckhorn Drive, Suite 300
Sacramento, CA 95834

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Fax
☐ Email

Paul C. Echo Hawk
ECHO HAWK LAW OFFICE
P.O. Box 4166
Pocatello, Idaho 83205
Telephone: (208) 705-9503
Facsimile: (208) 904-3878
paul@echohawklaw.com

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Fax
☒ Email

_____
COURT CLERK            Date

ORDER AUTHORIZING PLAINTIFFS' COUNSEL TO SERVE COMPLAINT AND SUMMONS - 2