**Exhibit D**

**Exhibit D**

SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION, IDAHO
CIVIL DIVISION

FILED IN THE
SHOSHONE-BANNOCK
TRIBAL COURT

2023 MAR 27 P 11: 38

CLERK OF THE COURT
BY: SS
COURT CLERKS' OFFICE

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>APPLICATION FOR ADMISSION PRO HAC VICE AND NOTICE OF APPEARANCE |

In accordance with the Shoshone-Bannock Civil Code Section 3-1-48 and the Shoshone-Bannock Tribal Bar Association Rules of Practice, Rule 9 of the Shoshone-Bannock Tribe, the undersigned respectfully moves for the admission *pro hac vice* of Elijah M. Watkins of the law firm of Stoel Rives LLP, located at 101 S. Capitol Blvd., Suite 1900, Boise, ID 83702, telephone: (208) 389-9000, email: elijah.watkins@stoel.com for purposes of appearance as co-counsel on behalf of Vanir Construction Management, Inc. in the above captioned case only and in support thereof states as follows:

1. Elijah M. Watkins is not admitted to practice in the Shoshone-Bannock Tribal Court but is a member in good standing of the Nez Perce Tribal Court and the Idaho State Bar, State of Idaho. *See* Certificates of Good Standing from each jurisdiction attached hereto as Exhibit "A" and incorporated herein by reference.

2. Elijah M. Watkins is also licensed to practice law in the United States District Court, for the District of Idaho and before the Supreme Court of the State of Idaho, having completed a Juris Doctor in 2009. Since 2009, Elijah M. Watkins has been in good

standing and licensed to practice before all state and federal courts in the state of Illinois. *See* Certificates attached hereto as Exhibit "B" and incorporated herein by reference.

3. Movant, David J. Archuleta, Tribal Court Advocate, 945 N. 9th Ave. Pocatello, ID 83201, telephone: 208-221-3826, is a Member of good standing of the Shoshone-Bannock Tribal Bar Association.

4. In accordance with the local rules of this Court, payment is attached to this Court in the amount of $125.00 for the *Pro Hac Vice* admission fee.

**WHEREFORE**, the undersigned moves this Court to enter an Order for Elijah M. Watkins to appear before this Court on behalf of Vanir Construction Management, Inc. for all purposes relating to these proceedings.

Respectfully submitted,

DATED: March 27, 2023.

_____
David J. Archuleta, Tribal Court Advocate

Exhibit A

Exhibit A

# Supreme Court  State of Idaho

## Certificate of Good Standing

Clerk's Office     )
                   ) ss.
Supreme Court      )

    I, Melanie Gagnepain, Clerk of the Supreme Court of the State of Idaho, do hereby certify that ELIJAH MARTIN WATKINS, on the 4th day of October, 2012, was admitted to practice by said Court as an attorney counselor at law in all the courts of this state, and that ever since and now is an attorney in good standing at the Bar of this Court.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Court at Boise, Idaho, this 5th day of October, 2022.

*Melanie Gagnepain*
Clerk of the Idaho Supreme Court

Exhibit B

Exhibit B

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Elijah Martin Watkins

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2009 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of March, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION, IDAHO
CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>ORDER GRANTING ADMISSION PRO HAC VICE |

Upon application by David J. Archuleta and Vanir Construction Management, Inc. for an Order Requesting Elijah M. Watkins from the law firm Stoel Rives LLP be admitted *Pro Hac Vice* to the Shoshone-Bannock Tribal Court for the purposes of representing Defendant in the above-captioned matter; the Court has reviewed the application in chambers and hereby orders the following:

**IT IS HEREBY ORDERED** that:

Attorney Elijah M. Watkins of Stoel Rives LLP is hereby granted admission *Pro Hac Vice*, with the full rights, duties and responsibilities of an attorney in the Shoshone-Bannock Tribal Court, for the purposes of representing Defendant Vanir Construction Management, Inc. in the above-captioned matter.

DATED:

By: _____
Judge, Shoshone-Bannock Tribal Court