Exhibit G

Exhibit G

David J. Archuleta
Independent Tribal Court Advocate
71 N. Eagle Road #23
Pocatello, Idaho 83202
(208) 221-3826

FILED IN THE
SHOSHONE-BANNOCK
TRIBAL COURT

2023 MAR 28 P 3: 15

CLERK OF THE COURT

BY: SS
COURT CLERKS' OFFICE

## SHOSHONE-BANNOCK TRIBAL COURT
## FORT HALL RESERVATION, IDAHO
## CIVIL DIVISION

| | |
|---|---|
| **SHOSHONE-BANNOCK TRIBES,** ) | **CASE NO: 2023-CV-CM-0051** |
| **PETITIONER** ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| **Vanir Construction Management, Inc.,** ) | **AS CO-COUNSEL OF RECORD** |
| **DEFENDANT** ) | |

**COMES NOW**, David J. Archuleta, a Licensed Tribal Court Advocate, a member in good standing of the Shoshone-Bannock Tribal Bar Association and enters his appearance as Co-Counsel of Record with Elijah M. Watkins, Attorney at Law, appearing Pro Hoc Vice, for Vanir Construction Management, Inc. in the above entitled matters in accordance with the Shoshone-Bannock Tribal Law and Order Code 1980 Revised Edition, Muni Code Chapter I 3-1-48 General Rules of the Court, formally Chapter 1 Section 5 Spokespersons and Counselors Appearing in Court.

The above Advocate requests copies of all filings and Notices be sent to him at the above address and due to the slowing of the United States Mail, email his copies to him at darchuleta.advocate@hotmail.com.

Done this 28th day of March 2023.

*/s/ David J. Archuleta*

David J. Archuleta – Advocate