Exhibit H

Exhibit H

SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION, IDAHO
CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>ORDER GRANTING ADMISSION PRO HAC VICE |

Upon application by David J. Archuleta and Vanir Construction Management, Inc. for an Order Requesting Elijah M. Watkins from the law firm Stoel Rives LLP be admitted *Pro Hac Vice* to the Shoshone-Bannock Tribal Court for the purposes of representing Defendant in the above-captioned matter; the Court has reviewed the application in chambers and hereby orders the following:

**IT IS HEREBY ORDERED** that:

Attorney Elijah M. Watkins of Stoel Rives LLP is hereby granted admission *Pro Hac Vice*, with the full rights, duties and responsibilities of an attorney in the Shoshone-Bannock Tribal Court, for the purposes of representing Defendant Vanir Construction Management, Inc. in the above-captioned matter.

DATED: 3-28-2023

By: _____
Judge, Shoshone-Bannock Tribal Court