Exhibit I

Exhibit I

David J. Archuleta
darchuleta.advocate@hotmail.com
David J. Archuleta and Associates
945 N. 9th Ave.
Pocatello, Idaho 83201
Telephone: 208.221.3826

Elijah M. Watkins, ISB No. 8897 *admitted pro hac vice*
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Defendant*



### SHOSHONE-BANNOCK TRIBAL COURT
### FORT HALL RESERVATION
### CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>**VANIR'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

COMES NOW Vanir Construction Management, Inc. ("Vanir"), by and through undersigned counsel of record and pursuant to the Shoshone-Bannock Law and Order Code ("Code") § 4-1-77(c), hereby respectfully submits this Motion to Set Aside Entry of Default.

As explained in greater detail in the accompany memorandum, entry of default should be set aside because there is good cause for the Court to do so. The required "good cause" to set

aside entry of default is "lower or more lenient" than that required to set aside entry of a default *judgment. See McFarland v. Curtis,* 123 Idaho 931, 936, 854 P.2d 274, 276 (Ct. App. 1993). Because Vanir has a meritorious defense and did not willfully neglect to respond to Plaintiffs' Complaint, and because Plaintiffs will not be prejudiced, setting aside the entry of default is appropriate here.

## CONCLUSION

For the reasons set forth above, Vanir respectfully asks the Court to set aside the entry of default.

DATED: March 31, 2023

*/s/ Elijah M. Watkins*
Elijah M. Watkins
David J. Archuleta

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2023, I served a true and correct copy of the foregoing document upon the following named parties by the method indicated below, and addressed to the following:

Paul C. Echo Hawk  
ECHO HAWK LAW OFFICE  
P.O. Box 4166  
Pocatello, ID 83205

___ Via Facsimile  
___ U.S. Mail  
_x_ Via Email  
___ Via iCourt efile & Serve

*Attorneys for Plaintiffs*

                                      */s/ Elijah M. Watkins*  
                                      Elijah M. Watkins