Exhibit K

Exhibit K

David J. Archuleta
darchuleta.advocate@hotmail.com
David J. Archuleta and Associates
945 N. 9th Ave.
Pocatello, Idaho 83201
Telephone: 208.221.3826

Elijah M. Watkins *admitted pro hac vice*
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Defendant*



## SHOSHONE-BANNOCK TRIBAL COURT
## FORT HALL RESERVATION
## CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>**DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT** |

I, Elijah M. Watkins, declare as follows:

1. I am a partner at Stoel Rives LLP and an attorney for Defendant Vanir Construction Management, Inc. in this matter. I submit this Declaration in support of Vanir's Motion to Set Aside Entry of Default.

2. On March 27, 2023, Vanir filed its motion to dismiss. The timing of that filing was based on a March 7 service of process on Vanir's California agent's assistant.

3. I learned for the first time of the default entry in this matter when David Archuleta, Advocate and local Counsel for the Defendant, informed me that he was told by Bill Bacon of the default after having delivered a copy of the motion to dismiss to him.

4. Attached hereto as **Exhibit A** is a true and correct copy of a March 2023 email chain between counsel for Plaintiffs and Vanir.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 31, 2023.   STOEL RIVES LLP


*/s/ Elijah M. Watkins*
Elijah M. Watkins

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 31, 2023, I served a true and correct copy of the foregoing document upon the following named parties by the method indicated below, and addressed to the following:

| | |
|---|---|
| Paul C. Echo Hawk<br>ECHO HAWK LAW OFFICE<br>P.O. Box 4166<br>Pocatello, ID 83205<br><br>*Attorneys for Plaintiffs* | ___ Via Facsimile<br>___ U.S. Mail<br>_x_ Via Email<br>___ Via iCourt efile & Serve |

                                      */s/ Elijah M. Watkins*
                                      Elijah M. Watkins