**Exhibit L**

**Exhibit L**

SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION
CIVIL DIVISION

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2023-CV-CM-0051<br><br>**[PROPOSED] ORDER ON VANIR'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

Having considered the Motion To Set Aside of Entry of Default filed by Defendant Vanir Construction Management, Inc., and the other documents in support and in opposition to the motion, and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED. The clerk's entry of default is hereby set aside.

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
Tribal Judge

DATED: March 31, 2023

                                                Submitted by,

                                                */s/ Elijah M. Watkins*
                                                Elijah M. Watkins
                                                David J. Archuleta

                                                *Attorneys for Defendant*
                                                Advocate for Defendant

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 30, 2023, I served a true and correct copy of the foregoing document upon the following named parties by the method indicated below, and addressed to the following:

| | |
|---|---|
| Paul C. Echo Hawk<br>ECHO HAWK LAW OFFICE<br>P.O. Box 4166<br>Pocatello, ID 83205 | ___ Via Facsimile<br>___ U.S. Mail<br>_x_ Via Email<br>___ Via iCourt efile & Serve |

*Attorneys for Plaintiffs*

                                                */s/ Elijah M. Watkins*
                                                Elijah M. Watkins