Elijah M. Watkins, ISB No. 8977
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 4:23-cv-00160-REP<br><br>**MOTION TO DISQUALIFY COUNSEL** |

Defendant Vanir Construction Management, Inc. ("Vanir"), pursuant to Idaho and Washington Rule of Professional Conduct 1.9, 1.10, and 3.7, moves the Court for an order disqualifying Bill Bacon, Paul Echo Hawk, and Andrew Gabel as well as their law firms from further representation of Plaintiffs Shoshone-Bannock Tribes and Fort Hall Business Council for the reasons set forth in the accompanying memorandum and supporting declaration.

DATED: April 14, 2023.

STOEL RIVES LLP

*/s/ Elijah M. Watkins*
Elijah M. Watkins

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2023, I served a copy of the foregoing **MOTION TO DISQUALIFY COUNSEL** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

    *paul@echohawklaw.com*

                                        */s/ Elijah M. Watkins*
                                        Elijah M. Watkins