Elijah M. Watkins, ISB No. 8977
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES; and FORT HALL BUSINESS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>VANIR CONSTRUCTION MANAGEMENT, INC.,<br><br>Defendant. | Case No. 4:23-cv-00160-REP<br><br>**DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL** |

Elijah M. Watkins, being under penalty of perjury, deposes and says that to the best of his knowledge, the following are true and correct:

1. I am an attorney with the law firm of Stoel Rives LLP, counsel for Defendant Vanir Construction Management, Inc. ("Defendant"). I submit this declaration in support of Defendant's

DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL - 1
119169763.1 0076321-00001

Motion to Disqualify Counsel. I have personal knowledge of the matters stated in this declaration and could competently testify to these facts.

2. A true and correct copy of emails exchanged between Andrew Gabel and me regarding acceptance of service are attached as **Exhibit A** to this declaration.

I declare under penalty of perjury pursuant to the laws of the state of Idaho that the foregoing is true and correct.

DATED: April 14, 2023

STOEL RIVES LLP

/s/ Elijah M. Watkins
Elijah M. Watkins

DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL - 2
119169763.1 0076321-00001

# CERTIFICATE OF SERVICE

   I hereby certify that on April 14, 2023, I served a copy of the foregoing **DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF MOTION TO DISQUALIFY COUNSEL** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

  *paul@echohawklaw.com*

            */s/ Elijah M. Watkins*
            Elijah M. Watkins