Exhibit A

Exhibit A

| From: | Gabel, Andrew J. |
|---|---|
| To: | Watkins, Elijah M. |
| Cc: | Carone, Cory M.; paul@echohawklaw.com |
| Subject: | RE: Shoshone-Bannock Tribes v. Vanir Construction Management |
| Date: | Monday, March 13, 2023 12:58:41 PM |
| Attachments: | image001.png |

Elijah,

Is Vanir willing to stipulate on the service? Please advise.

Best regards,

Andrew



**ANDREW J. GABEL**
**Shareholder**  Bio | vCard
gabela@lanepowell.com
**D** 206.223.7026  **C** 206.499.5238
**LANEPOWELL.COM**

**From:** Watkins, Elijah M. <elijah.watkins@stoel.com>
**Sent:** Friday, March 10, 2023 8:35 AM
**To:** Gabel, Andrew J. <GabelA@LanePowell.com>
**Cc:** Carone, Cory M. <cory.carone@stoel.com>; paul@echohawklaw.com
**Subject:** RE: Shoshone-Bannock Tribes v. Vanir Construction Management

**CAUTION:** This is an external email. **STOP and THINK.** Do **NOT** click links or open attachments unless you are certain the content is safe.

Understood. I'm meeting with my client this afternoon and will check.

Any idea what the hearing on April 12 is about?

**Elijah Watkins** | Partner
Direct: (208) 387-4275 | Mobile: (208) 340-2341

**From:** Gabel, Andrew J. <GabelA@LanePowell.com>
**Sent:** Friday, March 10, 2023 9:31 AM
**To:** Watkins, Elijah M. <elijah.watkins@stoel.com>
**Cc:** Carone, Cory M. <cory.carone@stoel.com>; paul@echohawklaw.com
**Subject:** RE: Shoshone-Bannock Tribes v. Vanir Construction Management

The declaration says it served the Registered Agent by serving an authorized agent of the Registered Agent. We want to make sure Vanir does not contest that as improper service and that is why we requested a stipulation.



**ANDREW J. GABEL**
**Shareholder**  Bio | vCard
gabela@lanepowell.com
**D** 206.223.7026  **C** 206.499.5238
**LANEPOWELL.COM**

---

**From:** Watkins, Elijah M. <elijah.watkins@stoel.com>
**Sent:** Friday, March 10, 2023 8:27 AM
**To:** Gabel, Andrew J. <GabelA@LanePowell.com>
**Cc:** Carone, Cory M. <cory.carone@stoel.com>; paul@echohawklaw.com
**Subject:** RE: Shoshone-Bannock Tribes v. Vanir Construction Management

> **CAUTION:** This is an external email. **STOP and THINK.** Do **NOT** click links or open attachments unless you are certain the content is safe.

Andrew

Thanks for reaching out. I'm a little confused as the return of service says they served the registered agent personally. Is that not correct?

**Elijah Watkins** | Partner
Direct: (208) 387-4275 | Mobile: (208) 340-2341

---

**From:** Gabel, Andrew J. <GabelA@LanePowell.com>
**Sent:** Thursday, March 9, 2023 9:39 AM
**To:** Watkins, Elijah M. <elijah.watkins@stoel.com>
**Cc:** Carone, Cory M. <cory.carone@stoel.com>; paul@echohawklaw.com
**Subject:** Shoshone-Bannock Tribes v. Vanir Construction Management

Elijah,

SBT filed suit against Vanir. Please find attached courtesy copies of the Complaint, Summons and Notice of Hearing, Order Authorizing Service, and Declaration of Service.

We attempted service on Vanir's registered agent in California. The process server was not allowed in the building. When the server contacted by phone Vanir's headquarters, the executive assistant for the registered agent explained that she could come down and accept service. Will Vanir stipulate that service on the executive assistant is proper service of the summons and complaint? Please

advise as we want to avoid further attempts, including service by publication.

Best regards,

Andrew



**ANDREW J. GABEL**
**Shareholder**  Bio | vCard
gabela@lanepowell.com
**D** 206.223.7026  **C** 206.499.5238
**LANEPOWELL.COM**

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.

---

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.