# Exhibit B

Exhibit B

| **To:** | Ridgeway, Jack[Jack.Ridgeway@vanir.com]; Mark Echo Hawk[mark@echohawk.com] |
| --- | --- |
| **Cc:** | FHBC[FHBC@sbtribes.com]; Paul Echo Hawk[paul@echohawklaw.com]; Tomlinson, Scott[scott.tomlinson@vanir.com]; Marlin Fellows[mfellows@sbtribes.com] |
| **From:** | Bill Bacon[bbacon@sbtribes.com] |
| **Sent:** | Fri 4/21/2017 11:24:12 AM (UTC-06:00) |
| **Subject:** | RE: T643.05.B.2.G - LEGAL OPINION REQUEST |

T643.05.B.2.G - LEGAL OPINION REQUEST.msg

Thanks Jack. TERO legal matters have been assigned to Mark EchoHawk and I am cc'ing Mark with this email.

Bill

**From:** Ridgeway, Jack [mailto:Jack.Ridgeway@vanir.com]
**Sent:** Friday, April 21, 2017 11:18 AM
**To:** Bill Bacon <bbacon@sbtribes.com>
**Cc:** FHBC <FHBC@sbtribes.com>; Paul Echo Hawk <paul@echohawklaw.com>; Tomlinson, Scott <scott.tomlinson@vanir.com>; Marlin Fellows <mfellows@sbtribes.com>; Connie L. Davis <cldavis@sbtribes.com>
**Subject:** T643.05.B.2.G - LEGAL OPINION REQUEST

Mr. Bacon, refer to the attached letter regarding our request for a legal opinion from your department.

Respectfully,

**Jack E. Ridgeway, CCM**
*Senior Project Manager*
*Shoshone-Bannock Tribes*
*Casino Project*



**Vanir Construction Management, Inc.**
Post Office Box 191
Fort Hall, Idaho 83203
O 208-478-3959
C 214-502-0994
jack.ridgeway@vanir.com
www.vanir.com