Exhibit C

Exhibit C

**To:** Tomlinson, Scott[scott.tomlinson@vanir.com]
**Cc:** Angelo Gonzales[agonzales@sbtribes.com]; Paul Echo Hawk <paulechohawk@gmail.com> (paulechohawk@gmail.com)[paulechohawk@gmail.com]; Marlin Fellows[mfellows@sbtribes.com]; Janell Decker[jdecker@sbtribes.com]; Johnson, Mark[Mark.Johnson@vanir.com]
**From:** Bill Bacon[bbacon@sbtribes.com]
**Sent:** Tue 9/12/2017 11:48:45 AM (UTC-06:00)
**Subject:** Re: Lane Powell Engagement Letter

FYI I will be on the line. Thanks. Bill

Bill Bacon

On Sep 8, 2017, at 4:31 PM, Tomlinson, Scott <scott.tomlinson@vanir.com> wrote:

> *Nicely Done Angelo:* In collaboration with Paul we have set up a meeting with Andrew Gabel to go over the Project and the issues the we are facing next Tuesday 4:00-5:30 PST. I will go to his office (Seattle) and Paul will be going in by conferencing.
>
> *Have a nice weekend!*
>
> **Scott Tomlinson, CCM**
> *Executive Director / Associate*
>
> <image001.jpg> Construction Management, Inc.
> *Solutions for Success*
>
> **10900 NE 8th Street, Suite 1486
> Bellevue, WA 98004-4454
> Tel: 425-577-0095   Cel: 425-766-5977**
> scott.tomlinson@vanir.com
> www.vanir.com
>
> **From:** Angelo Gonzales [mailto:agonzales@sbtribes.com]
> **Sent:** Friday, September 08, 2017 12:04 PM
> **To:** Tomlinson, Scott; Bill Bacon; Paul Echo Hawk <paulechohawk@gmail.com> (paulechohawk@gmail.com)
> **Cc:** Marlin Fellows; Janell Decker; Johnson, Mark
> **Subject:** RE: Lane Powell Engagement Letter
>
> To All,
>
> Council did sign and approve Mr. Gable's retainer proposal. We are good to go in utilizing his services. When Bill returns to work on Monday, he and I will sit down and identify a line item and budget which will be held in his office. We will also work on the fine details.
>
> Thank you all for your help. Have a great weekend.
>
> Angelo
>
>> **From:** Angelo Gonzales
>> **Sent:** Thursday, September 07, 2017 7:23 PM
>> **To:** 'Tomlinson, Scott' <scott.tomlinson@vanir.com>; Bill Bacon <bbacon@sbtribes.com>
>> **Cc:** Marlin Fellows <mfellows@sbtribes.com>; Janell Decker <jdecker@sbtribes.com>
>> **Subject:** RE: Lane Powell Engagement Letter
>>
>> Okay, thank you.
>>
>> Angelo
>>
>>> **From:** Tomlinson, Scott [mailto:scott.tomlinson@vanir.com]
>>> **Sent:** Thursday, September 07, 2017 7:22 PM
>>> **To:** Angelo Gonzales <agonzales@sbtribes.com>; Bill Bacon <bbacon@sbtribes.com>

**Cc:** Marlin Fellows <mfellows@sbtribes.com>; Janell Decker <jdecker@sbtribes.com>
**Subject:** RE: Lane Powell Engagement Letter

Hello Angelo:  I talked with Andrew Gable and he plans to send Bill and copy you with a statement on the $100K amount.

**Scott Tomlinson, CCM**
*Executive Director  / Associate*

<image001.jpg> Construction Management, Inc.
*Solutions for Success*

**10900 NE 8th Street, Suite 1486
Bellevue, WA 98004-4454
Tel: 425-577-0095   Cel: 425-766-5977**
scott.tomlinson@vanir.com
www.vanir.com

---

**From:** Angelo Gonzales [mailto:agonzales@sbtribes.com]
**Sent:** Thursday, September 07, 2017 6:17 PM
**To:** Bill Bacon; Tomlinson, Scott
**Cc:** Marlin Fellows; Janell Decker
**Subject:** RE: Lane Powell Engagement Letter

Bill,

I need a not to exceed amount so I can put the money in a line item. I believe the amount we discussed was around $100,000 per year. Please let me know if that engagement letter can be amended to state that amount? I need that for tomorrow, to get a consensus  completed.

Thanks,
Angelo

---

**From:** Bill Bacon
**Sent:** Thursday, September 07, 2017 3:51 PM
**To:** Janell Decker <jdecker@sbtribes.com>; FHBC <FHBC@sbtribes.com>; Angelo Gonzales <agonzales@sbtribes.com>
**Subject:** Fwd: Lane Powell Engagement Letter


Bill Bacon
Begin forwarded message:

> **From:** "Gabel, Andrew J." <GabelA@LanePowell.com>
> **To:** "Bill Bacon" <bbacon@sbtribes.com>
> **Cc:** "Paul Echo Hawk" <paulechohawk@gmail.com>, "Carchano, Heidi" <CarchanoH@LanePowell.com>
> **Subject: Lane Powell Engagement Letter**
>
> Mr. Bacon,
>
> Please find attached our proposed engagement letter for this matter.  I used the rates that were included in the proposal letter.
>
> Best regards,
>
> Andrew
>
> <image002.jpg>
> **ANDREW J. GABEL**
> **Shareholder**  Bio | vCard
> gabela@lanepowell.com
> **D** 206.223.7026  **C** 206.499.5238
> **LANEPOWELL.COM**

This message is private or privileged. If you are not the person for whom this message is intended, please delete it and notify me immediately, and please do not copy or send this message to anyone else.