**Exhibit D**

**Exhibit D**

**To:** FHBC[FHBC@sbtribes.com]; Bill Bacon[bbacon@sbtribes.com]; Paul Echo Hawk <paulechohawk@gmail.com> (paulechohawk@gmail.com)[paulechohawk@gmail.com]
**Cc:** Tomlinson, Scott[scott.tomlinson@vanir.com]; Marlin Fellows[mfellows@sbtribes.com]; Johnson, Mark[Mark.Johnson@vanir.com]
**From:** Angelo Gonzales[agonzales@sbtribes.com]
**Sent:** Thur 9/7/2017 6:46:02 PM (UTC-06:00)
**Subject:** Co-Counsel on Casino Project

Council,

I spoke with Scott Thomlinson about who should be the lead attorney in our Casino Project. He believes the correct process for the attorney situation going forward would be Paul E. to be the lead attorney.

Mr. Andrew Gable will assist Paul and do a lot of the preparation, documents and advice in the direction that we choose to go forward. He, Mr. Gable, will consult attorneys; Bill Bacon, Paul Echo Hawk, Owner's Rep(Vanir), and Council to move forward and build a quality facility in a safe atmosphere, a product our Leadership and Membership will be proud of.

I should have a Retainer Proposal for Council approval, (consensus), by tomorrow. We can formalize the decision later in the month. I appreciate everyone's help.

If there are further questions, please feel free to give me a call and/or email me.

Angelo

**Angelo Gonzales**
Executive Director
Shoshone-Bannock Tribes
P.O. Box 306
Fort Hall, Idaho 83203
(208) 478-3722
agonzales@sbtribes.com