Exhibit E

Exhibit E

**To:** Gabel, Andrew J.[GabelA@LanePowell.com]
**From:** Tomlinson, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=407DF8A141464FAE99A36271ED4E5A38-TOMLINSON,]
**Sent:** Tue 9/12/2017 12:48:26 PM (UTC-06:00)
**Subject:** FW: New Account Has Been Created

Hello Andrew: We have made an account for you to access documentation on our SharePoint. Please give it try.

Thanks

**Scott Tomlinson, CCM**
*Executive Director / Associate*

**VANIR Construction Management, Inc.**
*Solutions for Success*

**10900 NE 8th Street, Suite 1486**
**Bellevue, WA 98004-4454**
**Tel: 425-577-0095   Cel: 425-766-5977**
scott.tomlinson@vanir.com
www.vanir.com

**From:** metrics
**Sent:** Monday, September 11, 2017 2:45 PM
**To:** gabela@lanepowell.com; Tomlinson, Scott
**Subject:** New Account Has Been Created

A new account for Gabel, Andrew has been created on the Vanir Metrics system. The project manager for each project will provide a link to the project site in separate communication. To log in, use the following credentials:

User Name: vcm\Andrew.Gabel
Password:17.An.Ga

If you experience any issues access the Metrics system, contact the Metrics support team at: metrics@vanir.com