# Exhibit F

Exhibit F

**To:** Paul Echo Hawk[paulechohawk@gmail.com]; Gabel, Andrew J.[GabelA@LanePowell.com]
**From:** Tomlinson, Scott[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=407DF8A141464FAE99A36271ED4E5A38-TOMLINSON,]
**Sent:** Wed 3/14/2018 9:10:29 AM (UTC-06:00)
**Subject:** Confidential
SKM_C364e18031408170.pdf

Hello Paul and Andrew: Demand to Cease and Desist Contact with OBI Subcontractors and Suppliers.

Please let me know your thoughts.

Thanks

**Scott Tomlinson, CCM**
*Executive Director / Associate*

**VANIR Construction Management, Inc.**
*Solutions for Success*

**10900 NE 8th Street, Suite 1486**
**Bellevue, WA 98004-4454**
**Tel: 425-577-0095   Cel: 425-766-5977**
scott.tomlinson@vanir.com
www.vanir.com