# Exhibit G

Exhibit G

ANDREW J. GABEL
206.223.7026
gabela@lanepowell.com

March 15, 2018

VIA ELECTRONIC/REGULAR MAIL

Thomas A. Larkin
Stewart Sokol & Larkin LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047

Re: Shoshone-Bannock Tribes Casino Expansion - Phase 2 ("Project")
Response to Demand to Cease and Desist Contact with OBI Subcontractors and Suppliers

Dear Mr. Larkin:

As you know, Paul Echo Hawk and the undersigned represent the Shoshone-Bannock Tribes. We received a copy of a cease and desist letter from you that you sent the Tribes' Owner's Representative for the Project, Vanir Construction. We are unaware of what legal or contractual authority you have to instruct the Owner's Representative to not contact a supplier or subcontractor when information is needed to facilitate progress on the Project. If you aware of such authority, please provide it to us promptly so that we can consider it.

The reason the Tribes, through its Owner's Representative, had to directly contact Light Art is because of Ormond Builders' refusal to coordinate meetings that would enable the Tribes to get information directly from the supplier to allow for the design team to assist. Ormond Builders is obstructing progress by refusing to allow such meetings to take place. Your letter makes it appear as though Ormond Builders is surprised to learn that the Tribes reached out to Light Art. Enclosed you will find several communications between the Tribes and Ormond Builders directly on this topic.

Regarding the request for the Tribes and its team members to submit inquiries in writing to Ormond Builders, the Tribes attempted that and received unsatisfactory responses. As Ormond Builders has repeatedly pointed out, time is of the essence and critical information needs to flow between various parties to enable the fabrication and shipment of the L-900 fixtures – as well as other critical elements of the Project. The Tribes preference would be for

such communications to take place with all parties participating. However, in light of Ormond Builders' refusal, the Tribes had no other choice.

The Tribes will continue to request meetings with subcontractors and suppliers as need through Ormond Builders. If, however, Ormond Builders fails to allow reasonable access to its subcontractors and suppliers then we have given authority to the Tribes representatives to reach out to them for the benefit of the Project.

                Very truly yours,

                LANE POWELL PC


                Andrew J. Gabel

AJG

cc:    Paul Echo Hawk
       Bill Bacon
       Scott Tomlinson

131162.0001/7243922.1