Exhibit L

Exhibit L

# Amendment No. 8

TO THE AGREEMENT BETWEEN THE SHOSHONE-BANNOCK TRIBES AND VANIR CONSTRUCTION MANAGEMENT, INC.

The Agreement executed July 14, 2015, ("Agreement") between the Shoshone-Bannock Tribes, ("Owner") and Vanir Construction Management, Inc., ("VCM") is amended as provided herein. This Amendment when signed by both parties becomes part of the Agreement, effective the date of the last signed. Except as specifically provided in this Agreement, all terms and conditions of the Agreement, including any prior amendments thereto and all documents incorporated therein by reference, shall remain in full force and effect.

1. The first sentence of the agreement shall read:

    "THIS AGREEMENT is made by and between the Shoshone Bannock Tribal Attorney's office (hereinafter "Attorneys") and Vanir construction Management, Inc. (herein after "Owner Representative"). The Attorneys and Owner Representative agree as set forth below:"

SHOSHONE-BANNOCK TRIBES

By: _____
WILLIAM BACON
Title: General Counsel
Shoshone-Bannock Tribes
Tribal Attorney's Office

Date: 11/21/2019

VANIR CONSTRUCTION MANAGEMENT, INC.

By: _____
STEVEN WHITEHEAD, authorized agent
Title: President
Vanir Construction Management, Inc.

Date: 12/09/2019