Exhibit M

Exhibit M



**Wire Transfer Information:**
*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4940605967*
*Swift Code: WFBIUS6S*

**Pay by e-Check, Visa, or MC:**
*Use pay my bill*
*link at lanepowell.com or call*
*(206) 223-6288*

**Remit Payments To:**
*P.O. Box 91302*
*Seattle, WA*
*98111-9402*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Shoshone-Bannock Tribes
Attn: Connie Davis
24 N. Eagle Road
P.O. Box 306
Fort Hall ID 83203

March 21, 2019
Invoice No. 3788732

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/19

Matter: 131162.000001

Casino Expansion Phase II Project

| 02/01/2019 | A. Gabel | Prepare for today's deposition prep session with FFKR witnesses by reviewing key exhibits to cover (.9); meet with FFKR witnesses in preparation for depositions (6.0); travel back to Seattle from meeting (2.5) | 6.90 |
|---|---|---|---|
| 02/01/2019 | T. Kendrick | Research waiver of attorney client privilege for a testifying attorney (3.5); research ability to enforce an arbitration subpoena in Idaho (3.0) | 4.50 |
| 02/01/2019 | A. Nolet | Supplement the Tribes' response to Ormond's motion for partial summary judgment with argument re their requests for declaratory relief (4.3); supplement the Tribes' response to Ormond's motion for partial summary judgment with the Tribes' cross-motion (2.6); supplement the Tribes' response to Ormond's motion for summary judgment with facts re termination (1.1) | 8.00 |
| 02/01/2019 | T. Ziegenbein | Emails with A. Gabel re Wells Fargo pay apps (.1); continue to search for, review and retrieve project related files for use at arbitration (.6); email to S. Tomlinson providing link to provide us documents (.1); search for and forward OBI documents to A. Gabel (.1); search database for documents in support of opposition to motion for Summary Judgment (1.1); discuss photos of non-conforming work with A. Nolet and search for same (.4); search database for | 4.80 |

|            |              | additional photos for exhibits to opposition motion for Summary Judgment (2.4) |      |
|------------|--------------|-------------------------------------------------------------------------------|------|
| 02/02/2019 | A. Gabel     | Review and revise opposition to summary judgment motion | 1.90 |
| 02/02/2019 | A. Nolet     | Supplement the Tribes' response to Ormond's motion for summary judgment with argument re Ormond's dispositive claims and additional facts regarding Ormond's various breaches and non-conforming work | 5.40 |
| 02/03/2019 | A. Gabel     | Travel to SLC for FFKR depositions and review and revise opposition to summary judgment motion during flight | 1.50 |
| 02/04/2019 | A. Gabel     | Provide additional guidance for response to summary judgment (.5); attend and defend deposition of M. Leischmann (7.0); | 7.00 |
| 02/04/2019 | A. Nolet     | Draft declaration of A. Gabel in support of the Tribes' motion for summary judgment and collect associated exhibits (2.2); draft declaration of S. Tomlinson (0.7); supplement the Tribes' opposition to Ormond's motion for summary judgment with correct citations (1.6); supplement the Tribes' opposition to Ormond's motion for summary judgment with additional argument regarding Ormond's quantum meruit claim (1.5) | 6.00 |
| 02/05/2019 | J. Beyerlein | Review draft summary judgment motion (.5); review contract provisions related to damages, termination, and liquidated damages (.4); prepare revisions and comments to summary judgment motion re same (1.2); identify additional possible areas to address in response (.2) | 2.30 |
| 02/05/2019 | A. Gabel     | Revise response to summary judgment motion and provide comments to client re same (1.0); meet with C. Haddock and FFKR counsel to prepare for today's deposition (1.0); attend and defend C. Haddock's deposition (7.0); conference with S. Tomlinson re recap of depositions and prep for Vanir depositions (.5) | 9.50 |
| 02/05/2019 | A. Nolet     | Draft objections to Ormond's first interrogatories and requests for production to the Tribes (1.3); evaluate approximately 40 photos re river soffits (0.3); review Ormond's discovery to determine whether to the Tribes should ask additional questions about the | 2.30 |

|            |                |                                                                                                                                                                                                                                                              |       |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |                | identity of witnesses (0.6)                                                                                                                                                                                                                                   |       |
| 02/05/2019 | T. Ziegenbein  | Search database for key arbitration documents (.4); update database of depositions exhibits re master index from court reporter, depositions and exhibits (.2); review and search native Vanir files re photos for expert re River Soffit (1.4); download exhibits from opposing counsel re motion for summary disposition in preparation of attorney review (.1) | 2.10 |
| 02/06/2019 | J. Beyerlein   | Work with A. Nolet re incorporation and additional revisions for opposition to motion for summary judgment                                                                                                                                                     | 0.80 |
| 02/06/2019 | A. Gabel       | Coordinate response to Ormond's request for site visit on Friday (.3); draft objection to AAA hearing for Travelers' summary judgment motion (.4); conference with BHB's counsel re preparing for tomorrow's depositions (.5)                                    | 1.20 |
| 02/06/2019 | A. Nolet       | Communicate with S. Tomlinson re his declaration (.8); supplement the Tribes' response to Ormond's motion for summary judgment with additional argument regarding liquidated damages and the AAA rules (3.0)                                                      | 3.80 |
| 02/06/2019 | H. Feenan      | Review case materials and determine next steps for preparing for arbitration (2.2 No Charge)                                                                                                                                                                    | 0.00 |
| 02/06/2019 | T. Ziegenbein  | Meeting with H. Feenan re case status (.9) prepare photos for expert review and email to expert re same (.2); download TERO files from client and email to attorneys re same (.2)                                                                                | 0.40 |
| 02/07/2019 | A. Gabel       | Continue to revise summary judgment motion (.6); attend and defend depositions of BHB witnesses (4.5); analyze Order No. 12 on Discovery and focus on strategy for handling appeal (.5); coordinate with B. Bacon re Ormond's demand for site visit tomorrow (.5); | 8.10 |
| 02/07/2019 | A. Nolet       | Evaluate approximately 20 pages of Ormond's correspondence during the Project in preparation for A. Smith's deposition (0.4); review Order No. 12 and evaluate the appropriate response (0.9); email correspondence and phone call with M. Guzman re Vanir depositions (0.4); phone conversation with S. Tomlinson re his declaration and resume in support of the Tribes' response to Ormond's MPSJ (0.6) | 2.30 |
| 02/07/2019 | H. Feenan      | Research CCPs and Ormond letters for use in                                                                                                                                                                                                                    | 2.40 |

|            |               | depositions |      |
|------------|---------------|-------------|------|
| 02/07/2019 | T. Ziegenbein | Prepare new client documents for attorney review and vendor | 0.40 |
| 02/08/2019 | J. Beyerlein  | Discussions with A. Nolet re motion for reconsideration, work product and other issues related to Panel's order regarding attorney client privilege and Vanir and declaration re same (.8); review documents related to same (.4) | 1.20 |
| 02/08/2019 | A. Gabel      | Finalize summary judgment response (.9); attend and defend Darren Truchot's deposition (3.0); meet with BHB's and TRU's lawyers to discuss arbitration testimony (.4); conference with V. Williams re outline of expert report and next steps (.4); travel back to Seattle after depositions (2.5) | 4.70 |
| 02/08/2019 | A. Nolet      | Telehone conference with S. Tomlinson re his declaration in support of the Tribes' opposition to Ormond's motion for summary judgment (1.0); finalize the Tribes' opposition motion (1.7); evaluate and analyze whether and to what extent to include a declaration from J. Beyerlein re her assistance (.4); draft the Tribes' motion for reconsideration (6.8) | 9.90 |
| 02/08/2019 | H. Feenan     | Process files to Lighthouse for inclusion in database including review and production; review CCPs and locate fully executed copies of same | 2.70 |
| 02/08/2019 | T. Ziegenbein | Telephone calls with H. Feenan re new client documents and processing same (.2); review emails from vendor re documents to be processed (.1); emails with H. Feenan and A. Gabel re processing new client documents (.1) | 0.40 |
| 02/09/2019 | A. Gabel      | Review and revise Motion for Reconsideration of Order No. 12 on discovery (.7); correspond with B. Bacon and P. Echo Hawk re discovery obligations (.4); begin analyzing key documents to use in depositions of D. Ormond and A. Smith (3.9) | 5.00 |
| 02/09/2019 | A. Nolet      | Supplement the Tribes' motion for reconsideration with additional argument re executive privilege and work-product privilege | 2.70 |
| 02/10/2019 | A. Gabel      | Review and revise Motion for Reconsideration of Discovery Order No. 12 | 0.80 |
| 02/11/2019 | J. Beyerlein  | Review and revise declaration in support of motion for reconsideration (.2) | 0.20 |

| 02/11/2019 | A. Gabel | Travel to Pocatello to prepare Connie Davis, Lenora Lavatta and Brian Hood for their upcoming depositions (3.0); | 3.00 |
| 02/11/2019 | A. Gabel | Attend deposition prep meeting of Connie Davis, Lenora Lavatta and Brian Hood | 3.00 |
| 02/11/2019 | A. Gabel | Conference with S. Tomlinson re next step on damages analysis and depositions (.8); coordinate upcoming depositions with B. Bacon and P. Echo Hawk (.2) | 1.00 |
| 02/11/2019 | A. Nolet | Supplement the Tribes' motion for reconsideration with appropriate citations to supporting declarations (1.2); draft Andrew J. Gabel's declaration in support of the Tribes' motion (1.8); draft Jennifer M. Beyerlein's declaration in support of the Tribes' motion (.5) | 3.50 |
| 02/11/2019 | A. Nolet | Draft protective order for Vanir employees reviewing confidential documents (.5); draft supplemental interrogatories and requests for production to Ormond (.6); review correspondence and supporting materials related to nonconforming MEP work in preparation for Arden Smith's deposition (1.8) | 2.90 |
| 02/11/2019 | H. Feenan | Locate document for inclusion in appeal to motion to compel | 0.30 |
| 02/12/2019 | A. Gabel | Review notebook from Lenora Lavatta to produce at deposition | 0.60 |
| 02/12/2019 | A. Gabel | Defend depositions of Connie Davis, Lenora Lavatta and Brian Hood | 7.00 |
| 02/12/2019 | A. Gabel | Coordinate next steps for supplemental production of documents | 0.40 |
| 02/12/2019 | T. Kendrick | Review Tribal Court complaint against Travelers, and Travelers' arbitration cross claim and SBT's answer | 3.10 |
| 02/12/2019 | A. Nolet | Review and analyze documents related to CCPs 24 and 58 in preparation for Arden Smith's deposition (.7); review plans and specifications related to L900 lights (1.3); evaluate scope of the Tribes' motion to bifurcate (.4); correspondence with all parties regarding A. Smith's deposition (.4); review approximately 50 documents and correspondence related to the L900s (2.1) | 4.90 |

| | | | |
|---|---|---|---|
| 02/12/2019 | H. Feenan | Review and identify documents for use in depositions and arbitration; prepare document production | 3.80 |
| 02/13/2019 | A. Gabel | Meet with Bill Bacon to go over Wes Edmo subpoena issue, review TERO records in search for Lenora's notes and to identify what has been produced to date | 1.20 |
| 02/13/2019 | A. Gabel | Travel back to Seattle and during flight review key exhibits to use in Arden's deposition | 3.50 |
| 02/13/2019 | A. Gabel | Outline list of action items for remaining discovery and arbitration prep (.6); multiple emails following up on expert report updates (.4); conference with S. Tomlinson re update on depositions (.5) | 1.50 |
| 02/13/2019 | T. Kendrick | Research whether court can enjoin arbitration of Travelers' cross claim | 2.30 |
| 02/13/2019 | A. Nolet | Review D&S Electric's production (1.5); review correspondence between Ormond and the Tribes related to RFI #030 and FA #010 (1.8); review correspondence related to CCPs 24 and 58 (0.8); review approximately 200 documents related to L900s in preparation for arbitration (1.3) | 5.40 |
| 02/13/2019 | H. Feenan | Perform database searches, review and locate documents for use in depositions and arbitration; prepare deposition exhibits | 4.40 |
| 02/14/2019 | A. Gabel | Meet with A. Nolet and H. Feenan re next steps for discovery and arbitration hearing (1.0); analyze potential photos to use at the hearing (.5); begin review of documents selected for potential use at deposition of Arden Smith (5.8) | 7.30 |
| 02/14/2019 | T. Kendrick | Research best way to challenge Travelers' arbitration cross claim | 2.50 |
| 02/14/2019 | A. Nolet | Develop strategy for arbitration (1.0); evaluate whether a Panel ruling on the functional equivalent doctrine is appealable in federal court (1.6); communicate with M. Guzman re Vanir depositions (1.2); evaluate and develop arbitration preparation strategy re L900, delay, and other claims (1.4); communicate with S. Tomlinson re LightArt (.5) | 4.70 |
| 02/14/2019 | H. Feenan | Perform database searches to locate document for depositions; review and identify documents for use in depositions; strategy meeting for arbitration and case deadlines; identify and prepare additional materials | 4.80 |

for use in arbitration

| 02/14/2019 | T. Ziegenbein | Team meeting re deposition preparation, arbitration preparation and privileged documents (1.1); review saved searches re privilege logs and create new search re Vanir privilege documents (.2) | 0.50 |
|---|---|---|---|
| 02/15/2019 | A. Gabel | Continue preparing for Arden Smith's deposition by reviewing key documents (3.5); participate in telephonic prep session of two Vanir witnesses, Aldo Lujan and Rafael Martin (2.0); conference with M. Woodward re update on his expert report (.9) | 6.40 |
| 02/15/2019 | T. Kendrick | Review and analyze Travelers and Ormond joint motion for summary disposition (2.0); review and analyze case law cited by Travelers (1.5); draft timeline of SBT, Ormond, and Travelers correspondence (1.7) | 4.20 |
| 02/15/2019 | A. Nolet | Deposition prep phone call with A. Lujan (1.9); deposition prep phone call with R. Martin (2.0); review and analyze Travelers' motion for partial summary judgment and develop strategy for responding thereto (2.5); review R. Martin's scheduling memoranda (.4) | 6.90 |
| 02/15/2019 | H. Feenan | Review and identify deposition exhibits for A. Smith and D. Ormond; identify and locate final CCPs for use in arbitration; research correspondence from Ormond re no response; provide documents to expert M. Woodward; locate R. Martin scheduling memo; perform complex database searches in order to identify documents for use in depositions | 6.30 |
| 02/16/2019 | A. Gabel | Continue review of potential documents for use in deposition of Arden and Don | 4.10 |
| 02/16/2019 | A. Nolet | Evaluate A. Lujan and R. Martin's memoranda and documents in preparation for their depositions | 1.00 |
| 02/17/2019 | A. Gabel | Analyze potential exhibits for use in Arden and Don's depositions | 1.30 |
| 02/17/2019 | T. Kendrick | Develop outline of opposition to Travelers and Ormond joint MSD | 2.30 |
| 02/18/2019 | A. Gabel | Review key documents for use in depositions of Arden Smith and Don Ormond (5.1); draft outline of questions for use with Arden and Don (1.0); conference with S. Tomlinson re update on damages and preparations for upcoming depositions (.8); | 7.40 |

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                     |       |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |                | conference with L. McGowen re update on expert reports (.5)                                                                                                                                                                                                                                                                                                                                                                          |       |
| 02/18/2019 | T. Kendrick    | Review and analyze case law cited by Travelers and Ormond in joint MSD                                                                                                                                                                                                                                                                                                                                                               | 3.10  |
| 02/18/2019 | A. Nolet       | Travel to Sacramento for R. Martin and A. Lujan's depositions and review documents in preparation                                                                                                                                                                                                                                                                                                                                    | 3.80  |
| 02/18/2019 | A. Nolet       | Deposition prep meeting with R. Martin (2.1); deposition meeting with A. Lujan (1.8); review documents and correspondence related to A. Lujan's constructability review (1.2); review documents and correspondence related to CCPs 24 and 58 (0.8); review and analyze Ormond's response to the Tribes' motion for partial summary judgment (1.5); review and analyze Jack Ormond's deposition transcript and create a digest of the same (1.7) | 9.10  |
| 02/19/2019 | A. Gabel       | Prepare for and participate in AAA hearing on appeal of Ormond's Motion to Compel privileged documents (1.5); continue preparing for Arden Smith's deposition by reviewing key documents (1.9); travel to Idaho Falls for Arden Smith and Don Ormond's depositions and work on plane preparing for depositions (3.0)                                                                                                                   | 8.80  |
| 02/19/2019 | T. Kendrick    | Draft legal section and analysis for opposition to Travelers and Ormond joint MSD (6.2)                                                                                                                                                                                                                                                                                                                                              | 4.20  |
| 02/19/2019 | A. Nolet       | Attend deposition of R. Martin (4.0); attend deposition of A. Lujan (3.5); phone call with B. Bacon re R. Martin's deposition (.3); meet with M. Guzman re R. Martin and A. Lujan's depositions (.3); travel from depositions to Seattle (4.4)                                                                                                                                                                                          | 10.50 |
| 02/19/2019 | C. Bowe        | Prepare exhibits in preparation for use at deposition                                                                                                                                                                                                                                                                                                                                                                                | 1.20  |
| 02/19/2019 | T. Ziegenbein  | Download depositions and exhibits and prepare for attorney and client review (.9); prepare files for expert review (.5); create search of CCP's as requested by A. Nolet (.3); prepare documents for deposition preparation (.2)                                                                                                                                                                                                      | 1.90  |
| 02/20/2019 | A. Gabel       | Prepare for Arden Smith's deposition (1.0); take first day of Arden Smith's deposition (7.5); continue reviewing documents in preparation for tomorrow's and Friday's depositions of Arden Smith (3.5)                                                                                                                                                                                                                                | 12.00 |
| 02/20/2019 | T. Kendrick    | Revise and edit opposition to Travelers and Ormond joint MSD                                                                                                                                                                                                                                                                                                                                                                         | 2.30  |

| 02/20/2019 | A. Nolet | Prepare for interview with LightArt (1.4); supplement and draft the Tribes' response to Traveler's Motion for Partial Summary Judgment (5.6) | 7.00 |
|---|---|---|---|
| 02/20/2019 | T. Ziegenbein | Download new deposition and exhibits from court reporter and update deposition and exhibit database (.2); search database for produced versions of complaint exhibits and prepare same for use as exhibits to filing (.7) | 0.90 |
| 02/21/2019 | A. Gabel | Prepare for day two of Arden Smith's deposition (1.5); take Arden Smith's deposition (3.5); review and revise SBT's response to Travelers summary judgment motion (1.5); | 8.80 |
| 02/21/2019 | T. Kendrick | Draft paragraph on objection to AAA jurisdiction | 1.00 |
| 02/21/2019 | A. Nolet | Supplement and finalize the Tribes' response to Travelers' Motion for Partial Summary Judgment (5.1); draft A. Gabel's declaration in support of the Tribes' response (1.8); review Ormond's response in support of its motion for summary judgment and develop a strategy for responding thereto (2.4) | 8.30 |
| 02/21/2019 | C. Bowe | Review case materials in order to identify key players and identify transcripts to send to experts for review | 0.60 |
| 02/21/2019 | H. Feenan | Download deposition transcript of M. Leishman; perform complex database searches for documents related to M. Johnson; identify and prepare documents for M. Johnson deposition and preparation session | 3.50 |
| 02/22/2019 | A. Gabel | Prepare for Don Ormond's deposition (1.0); take deposition of D. Ormond (7.0); travel back from week of depositions in Idaho Falls (2.5) | 8.00 |
| 02/22/2019 | A. Nolet | Telephone conference with S. Tomlinson re his deposition prep session (.8); draft the Tribes' reply in support of their motion for partial summary judgment (3.3) | 4.10 |
| 02/22/2019 | C. Bowe | Prepare exhibits for use at deposition | 1.70 |
| 02/22/2019 | H. Feenan | Perform complex database searches to locate and identify field reports and meeting minutes for use in deposition preparation of M. Johnson; export identified documents for use in deposition preparation; prepare Ormond witness transcripts for review by M. Johnson; correspondence with L. | 5.50 |

| | | McGowan re transcripts for review | |
|---|---|---|---|
| 02/24/2019 | A. Gabel | Review Vanir's damages summary and spreadsheet and provide feedback (.6); conference with S. Tomlinson re damages summary and finalizing the report (.6) | 1.20 |
| 02/24/2019 | A. Nolet | Travel to FEA depositions in Nevada (4.5) | 2.50 |
| 02/25/2019 | A. Gabel | Finalize reply in support of cross-motion for summary judgment on damages (.8); provide additional comments to Vanir's Part-3 summary of damages (.5); meet with S. Tomlinson and M. Johnson to prepare them for this week's depositions (6.0); analyze the Panel's order on privilege and analyze plan for compliance (1.0) | 8.30 |
| 02/25/2019 | T. Kendrick | Research mechanics to appeal arbitration panel decision | 3.10 |
| 02/25/2019 | A. Nolet | Meeting with all parties re FEA's depositions (2.0); travel from Nevada to Seattle from FEA's scheduled depositions (6.1) | 5.10 |
| 02/25/2019 | A. Nolet | Receive and review the Panel's ruling on Order No. 12 and develop a strategic response thereto | 1.00 |
| 02/25/2019 | A. Nolet | Draft H. Palmer's deposition digest | 2.20 |
| 02/25/2019 | H. Feenan | Prepare deposition exhibits for distribution to M. Stransky; correspondence with vendor re processing additional documents into database; begin drafting exhibit list; coordination of production of additional documents; analyze privilege log and develop strategy for complying with production order | 4.30 |
| 02/26/2019 | A. Gabel | Meet with S. Tomlinson in preparation for his deposition (1.0); attend and defend deposition of S. Tomlinson (7.0); conference with V. Williams re update on expert report (.5); conference with M. Woodward re update on expert report (.5); review and provide comments to L. McGowan on her expert report (.6) | 8.50 |
| 02/26/2019 | T. Kendrick | Draft outline for motion to bifurcate (1.5); review documents for privilege and discuss review strategy with A. Nolet (2.6) | 4.10 |
| 02/26/2019 | A. Nolet | Evaluate the extent to which materials prepared before September of 2017 are protected by the work-product rule (2.0); attend S. Tomlinson's deposition (2.9); evaluate and analyze potential search terms to | 9.40 |

|  |  |  |  |
|---|---|---|---|
|  |  | run against our privilege log in order to comply with Order No. 12 (1.5); develop review strategy for "hit" documents in order to timely produce documents potentially protected by the work-product doctrine (.9); review potentially privileged documents to determine whether the work-product doctrine protects them (2.1) |  |
| 02/26/2019 | H. Feenan | Plan and prepare for production of documents withheld on Vanir privilege log following order; work on exhibit list; process and download depositions and exhibits from court reporters; review correspondence from V. Williams regarding document production, research and respond to same; correspondence with opposing counsel re production of additional client documents; correspondence with vendor re processing additional documents for redaction and production; | 5.30 |
| 02/27/2019 | A. Gabel | Prepare for and defend the second day of S. Tomlinson's deposition | 7.50 |
| 02/27/2019 | T. Kendrick | Privilege document review (6.3); draft motion to bifurcate and stay (3.8) | 7.10 |
| 02/27/2019 | A. Nolet | Evaluate approximately 170 Vanir privilege documents for work product privilege (2.0); deposition prep with M. Johnson (3.2); evaluate whether to mass produce certain Vanir documents (.9) | 6.10 |
| 02/27/2019 | H. Feenan | Correspondence with opposing counsel re production sequence; modify database layout; perform database search for email correspondence; correspondence with vendor re searches for same; provide instructions for additional searches to comply with order to produce documents with Vanir; perform database searches to identify documents for deposition; perform database searches to identify documents as arbitration exhibits; instructions re search for documents requiring production from SBT privilege log; retrieve and process deposition transcripts; identify documents for use as impeachment at arbitration | 6.20 |
| 02/28/2019 | A. Gabel | Prepare for and defend Mark Johnson's deposition day 1 (8.0); review and comment on Linda McGowen's third expert report letter (.5); review and provide comments to Vanessa Williams on her expert report (.4); review M. Woodward's revised report | 10.40 |

|            |             | (.5); provide comments to S. Tomlinson re damages summary and narrative (.4); review and revise motion to bifurcate and stay Travelers' proceeding (.6) |        |
|------------|-------------|---|--------|
| 02/28/2019 | T. Kendrick | Privilege document review (5.2); revise and edit motion to bifurcate and stay (1.7) | 6.90 |
| 02/28/2019 | A. Nolet    | Telephone conference with N. Thoumsaint at LightArt re the L900s (.2); telephone conference with A. Reeder at LightArt re the L900s (.2); review and analyze approximately 600 potentially work product documents prior to producing the same (5.8); telephone conference with S. Tomlinson re his damages review (.1); clear family conflicts prior to production (.7); review M. Woodward's report (.2) | 7.20 |
| 02/28/2019 | H. Feenan   | Process deposition transcripts; correspondence with vendor re production status of various data sources; correspondence with opposing counsel re production of additional documents; locate, review, and identify document numbers for V. Williams report; prepare expert report of M. Stransky for production; correspondence with vendor re scope of production; prepare summary of supplemental productions; correspondence with counsel re production of Vanir documents per Order 12; review search criteria related to SBT privilege log in order to verify identification | 4.90 |

TOTAL HOURS                     438.30

OUR FEE                                                    $141,528.50

COSTS ADVANCED

| 02/06/2019 | Court reporter - - M&M Court Reporting Service , 2/4/2019 | 853.50 |
|------------|----------------------------------------------------------|--------|
| 02/06/2019 | Court reporter - - M&M Court Reporting Service , 2/4/2019 | 874.35 |
| 02/19/2019 | Professional services - Lighthouse, 1/29/19 | 359.95 |
| 02/22/2019 | Court reporter - - M&M Court Reporting Service , 2/13/2019 | 784.75 |
| 02/22/2019 | Professional services - - M&M Court Reporting Service , 2/13/2019 | 101.75 |
| 02/22/2019 | Professional services - - M&M Court Reporting Service , 2/18/2019 | 250.20 |
| 02/22/2019 | Professional services - - M&M Court Reporting Service , 2/18/2019 | 340.20 |
| 02/22/2019 | Professional services - - M&M Court Reporting Service , 2/18/2019 | 193.65 |
| 02/26/2019 | Air fare - Andrew Gabel, Idaho, Shoshone Bannock depositions, 1/28/19 | 984.00 |

| 02/26/2019 | Air fare - Andrew Gabel, Salt Lake City, Shoshone Bannock depositions, 2/3/19 | 575.31 |
| 02/26/2019 | Meals while traveling - Andrew Gabel, Idaho, Shoshone depositions, 1/21/19 | 35.32 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, rental car, Shoshone depositions, 1/20/19 - 1/23/19 | 160.88 |
| 02/26/2019 | Meals while traveling - Andrew Gabel, Idaho, Shoshone depositions, 1/23/19 | 31.77 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, gas for rental car, Shoshone depositions, 1/23/19 | 5.16 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, hotel, Shoshone depositions, 1/20/19 - 1/22/19 | 450.87 |
| 02/26/2019 | Travel expense - Andrew Gabel, Seattle, Uber, Shoshone Bannock depositions, 1/28/19 | 50.47 |
| 02/26/2019 | Meals while traveling - Andrew Gabel, Idaho, Shoshone depositions, 1/29/19 | 25.12 |
| 02/26/2019 | Meals while traveling - Andrew Gabel, Idaho, Shoshone depositions, 1/30/19 | 10.60 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, Uber, Shoshone Bannock depositions, 1/31/19 | 18.33 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, gas for rental car, 1/31/19 | 5.35 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, hotel, Shoshone depositions, 1/28/19 - 1/30/19 | 352.56 |
| 02/26/2019 | Travel expense - Andrew Gabel, Idaho, rental car, Shoshone depositions, 1/28/19 - 1/31/19 | 239.17 |
| 02/26/2019 | Travel expense - Andrew Gabel, Salt Lake City, Uber, Shoshone Bannock depositions, 2/1/19 | 10.17 |
| 02/26/2019 | Travel expense - Andrew Gabel, Salt Lake City, hotel, Shoshone depositions, 1/31/19 | 183.01 |
| 02/26/2019 | Meals while traveling - Andrew Gabel, Salt Lake City, Shoshone depositions, 2/4/19 | 44.74 |
| 02/26/2019 | Travel expense - Andrew Gabel, Salt Lake City, Uber, Shoshone Bannock depositions, 2/4/19 | 17.64 |
| 02/26/2019 | Travel expense - Andrew Gabel, Salt Lake City, Uber, Shoshone Bannock depositions, 2/5/19 | 8.17 |
| 02/26/2019 | Travel expense -Andrew Gabel, Salt Lake City, Uber, Shoshone Bannock depositions, 2/5/19 | 7.97 |
| 02/26/2019 | Air fare - Andrew Gabel, Idaho, Shoshone Bannock depositions, 2/11/19 | 469.00 |
| 02/26/2019 | Travel expense - Andrew Gabel, Salt Lake City, hotel, Shoshone depositions, 2/3/19 - 2/7/19 | 815.02 |
| 02/27/2019 | Court reporter - - M&M Court Reporting Service , 2/26/2019 | 305.70 |
| 02/27/2019 | Court reporter - - M&M Court Reporting Service , 2/26/2019 | 177.30 |
| 02/27/2019 | Court reporter - - M&M Court Reporting Service , 2/19/2019 | 1,031.50 |
| 02/27/2019 | Court reporter - - M&M Court Reporting Service , 2/20/2019 | 624.15 |
| 02/27/2019 | Court reporter - - M&M Court Reporting Service , 2/22/2019 | 662.70 |

| Date | Description | Amount |
|---|---|---|
| 02/28/2019 | Air fare - Angie Nolet, Alaska Air, Sacramento CA, Re: Ormond v. SBT, Depositions of Aldo Lujan and Rafael Martin, 2/13/19 | 668.59 |
| 02/28/2019 | Travel expense - Angie Nolet, Hilton Hotel, Sacramento, CA, Re: Ormond v. SBT, Deposition of Aldo Lujan and Rafael Martin, 2/19/19 | 205.50 |
| 02/28/2019 | Meals while traveling - Angie Nolet, Sacramento, CA, Re: Ormond v. SBT, Deposition of Aldo Lujan and Rafael Martin, 2/19/19 | 50.22 |
| 02/28/2019 | Air fare - Angie Nolet, Flight Change Sacramento, CA, Re: Ormond v. SBT, Deposition of Aldo Lujan and Rafael Martin, 2/19/19 | 50.00 |
| 02/28/2019 | Meals while traveling - Angie Nolet Sacramento CA, Re: Ormond v. SBT, Deposition of Aldo Lujan and Rafeal Martin, 2/19/19 | 13.68 |
| 02/28/2019 | Air fare - Angie Nolet, Alaska Air Henderson, NV, Re: Ormond v. SBT, Deposition of Justin Veileux and Paul Erickson, 2/25/19 | 429.60 |
| 02/28/2019 | Travel expense - Nolet, Angie, In-flight Wifi, Re: Ormond v. SBT opposition to Ormond's Motion to Compel, 1/16/19 | 20.00 |
| 02/28/2019 | Court reporter - - M&M Court Reporting Service , 2/27/2019 | 139.50 |
| 03/04/2019 | Professional services rendered - Michael S. Woodward/W&S Construction Services for period 2/1/19 - 2/28/19 | 26,650.00 |
| 03/04/2019 | Professional services rendered - M&M Court Reporting Service for court reporting service re Arden Floyd Smith, dated 2/20/19, invoice #74839B5 | 1,200.40 |
| 03/05/2019 | Professional services rendered - M&M Court Reporting Service for court reporting service re Donald J. Ormond on 2/22/19, invoice #74872B5 | 1,069.05 |
| 03/08/2019 | Professional services rendered - M&M Court Reporting Service for court reporting service re Mark Johnson, dated 2/28/19, invoice #74953B5 | 1,047.70 |
| 03/08/2019 | Professional services rendered - M&M Court Reporting Service for court reporting service re Scott D. Tomlinson, dated 2/26/19, invoice #74949B5 | 1,051.60 |
| 03/08/2019 | Professional services rendered - Ankura re consulting services for period of February 1, 2019 - February 28, 2019, invoice #0100037255 | 32,135.00 |
| 03/11/2019 | Professional services rendered - BC&E LLC re expert consulting services thru March 1, 2019, invoice #19-079 | 6,314.30 |
| | Reproduction costs | 335.97 |
| | Lane Powell discovery services | 26,479.11 |
| | Messenger and courier service | 28.84 |

TOTAL COSTS ADVANCED                                                  $ 108,949.39

Shoshone-Bannock Tribes

RATE SUMMARY

| Attorney/Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Beyerlein | 4.50 | 375.00 | 1,687.50 |
| A. Gabel | 167.80 | 375.00 | 62,925.00 |
| T. Kendrick | 50.70 | 310.00 | 15,717.00 |
| A. Nolet | 146.00 | 310.00 | 45,260.00 |
| C. Bowe | 3.50 | 230.00 | 805.00 |
| H. Feenan | 54.40 | 230.00 | 12,512.00 |
| T. Ziegenbein | 11.40 | 230.00 | 2,622.00 |
| Total all Timekeepers | 438.30 | | 141,528.50 |

TOTAL THIS INVOICE                                    $250,477.89

Approved By : _____    Date:_____

#4159024
#059025



M&M COURT REPORTING SERVICE

26-2913728

**"Excellence in Court Reporting Since 1970"**



**Billed to:**　　　　　　　　　　　　　　　　　　　　　　**Billed:**　　2/4/2019

　　　Andrew J. Gabel
　　　Lane Powell
　　　1420 Fifth Avenue, Ste. 4100
　　　Seattle, WA 98101-2338

| | | | | |
|---|---|---|---|---|
| **Job #** (50813B4) | **Invoice #** 74452B5 | **Claim #** | | |

**Case:**　　Ormond Builders v. Shoshone-Bannock Tribes

**Witness:**　Marlin Fellows
**Date:**　　1/22/2019 8:54:00 AM

**Charges:**
Volume I

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript  - Digital Only | $2.25 | 340 | $765.00 |
| Exhibits 24-85 Digital Only | $0.15 | 590 | $88.50 |
| Gabel to Obtain Signature | | | |

|  |  |
|---|---|
| **Sub Total** | **$853.50** |
| **Payments** | **$0.00** |
| **Balance Due** | **$853.50** |

***Net 30 Days - We accept all major credit cards - We appreciate your business!***

(Return this section with check)

| **Billed to:** | Andrew J. Gabel |
|---|---|
| **Invoice #** | 74452B5 |
| **Billed:** | 2/4/2019 |
| **Amount Due:** | $853.50 |

Q209770

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

| Contact: | 208-345-9611 |
|---|---|
| | 800-234-9611 |
| Fax: | 208-345-8800 |
| Email: | courtreporters@m-mservice.com |



**Billed to:**

        Andrew J. Gabel
        Lane Powell
        1420 Fifth Avenue, Ste. 4100
        Seattle, WA 98101-2338

*Billed:*    2/4/2019

**Job #**  **(50814B4)**    **Invoice #**  **74455B5**    **Claim #**

*Case:*    Ormond Builders v. Shoshone-Bannock Tribes

*Witness:*  Marlin Fellows
*Date:*    1/23/2019 8:00:00 AM

*Charges:*
Volume II

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript  - Digital Only | $2.25 | 340 | $765.00 |
| Exhibits 86-151 Digital Only | $0.15 | 729 | $109.35 |
| Gabel to Obtain Signature | | | |

        **Sub Total**    **$874.35**
        **Payments**     **$0.00**
        **Balance Due**   **$874.35**

***Net 30 Days - We accept all major credit cards - We appreciate your business!***

(Return this section with check)

***Billed to:***    Andrew J. Gabel
***Invoice #***    74455B5
***Billed:***      2/4/2019
***Amount Due:***  $874.35

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:  208-345-9611
           800-234-9611
Fax:     208-345-8800
Email:   courtreporters@m-mservice.com



# LIGHTHOUSE
formerly Discovia

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/29/2019 | 177674 |

| Bill To |
|---------|
| Lane Powell<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle, WA 98111-9402 |

| Please remit payments to: |
|---------------------------|
| Lighthouse formerly Discovia<br>Dept LA 24291<br>Pasadena, CA 91185-4291<br><br>FEIN: 43-1676776 |

| Contact | Matter Name |
|---------|-------------|
| Lori Adamson | Ormond Builders v. Shosho... |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Ormond Builders v. Shoshone-Bannock Tribes (131162.000001)<br>Work billable for the period of January 2019 | | |
| | ***** Miscellaneous ***** | | |
| 2,434 | Scanned Medium Litigation | 0.14 | 340.76 |
| 30 | Scanned Color, Letter Size | 0.57 | 17.10 |
| 11 | Coded Documents: Custodian | 0.19 | 2.09 |
| | Thank You! | | |

Q208047

| Received By: | Sales Tax (10.1%) | $0.00 |
|--------------|-------------------|-------|
| | **Total** | **$359.95** |
| | **Balance Due** | **$359.95** |

Terms: 18% per annum or a minimum of $10 will be charged on all overdue invoices.


#CU00270
#CU00271

M&M COURT REPORTING SERVICE
26-2913728

**"Excellence in Court Reporting Since 1970"**

M&M

**Billed to:**

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

**Billed:** 2/13/2019

CHECK

**Job #**   (50770B4)      **Invoice #**   74594B5     **Claim #**

**Case:**    Ormond Builders v. Shoshone-Bannock Tribes

**Witness:**    Jack Keith Ormond
**Date:**    1/29/2019 9:00:00 AM

**Charges:**

| | | | |
|---|---:|---:|---:|
| O&1 Transcript Fee - Digital Copy | $3.75 | 164 | $615.00 |
| Attendance Fee - Full Day | $150.00 | 1 | $150.00 |
| Exhibits - Digital Only | $0.15 | 65 | $9.75 |
| Larkin to Obtain Signature | | | |
| Shipping & Handling | $10.00 | 1 | $10.00 |

                         **Sub Total**    $784.75
                         **Payments**    $0.00
                         **Balance Due**    $784.75



Q210398

# 131162.1

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)      **Billed to:**    Andrew J. Gabel
                                         **Invoice #**    74594B5
                                         **Billed:**    2/13/2019
                                         **Amount Due:**    $784.75

Approved

Contact:   208-345-9611
             800-234-9611
Fax:      208-345-8800
Email:    courtreporters@m-mservice.com

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**
        **Billed:**   2/13/2019

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

**Job #**  **(50771B4)**    **Invoice #**  **74597B5**    **Claim #**

**Case:**   Ormond Builders v. Shoshone-Bannock Tribes

**Witness:**  Heather R. Palmer
**Date:**    1/29/2019 2:11:00 PM

**Charges:**

| | | | |
|---|---|---|---|
| O&1 Transcript Fee - Digital Copy | $3.75 | 25 | $93.75 |
| Appearance fee billed | | | |
| NO Exhibits | | | |
| Mr Larkin to Obtain Signature | | | |
| Shipping & Handling | $8.00 | 1 | $8.00 |

                  **Sub Total**    **$101.75**
                  **Payments**      **$0.00**
                  **Balance Due**  **$101.75**

# 131162.1 Approved

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)    **Billed to:**   Andrew J. Gabel
                                 **Invoice #**   74597B5
                                 **Billed:**     2/13/2019
                                 **Amount Due:**  $101.75

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:  208-345-9611
             800-234-9611
Fax:      208-345-8800
Email:   courtreporters@m-mservice.com

131162.1

**M&M COURT REPORTING SERVICE**
26-2913728

**"Excellence in Court Reporting Since 1970"**

CHECK

M&M
# 00272
# 00273
# 00274

**Billed to:**

Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

**Billed:** 2/18/2019

| | | |
|---|---|---|
| **Job #** (50890B4) | **Invoice #** 6303B15 | **Claim #** |

**Case:** Ormond Builders v. Shoshone-Bannock Tribes

**Witness:** Darren D. Truchot
**Date:** 2/8/2019 8:00:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript - Digital Only | $2.25 | 110 | $247.50 |
| Exhibits - Digital Only | $0.15 | 18 | $2.70 |
| Mr. Harris to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$250.20** |
| **Payments** | **$0.00** |
| **Balance Due** | **$250.20** |


Q210395

*YOUR BUSINESS IS GREATLY APPRECIATED!!*

(Return this section with check)

| | |
|---|---|
| **Billed to:** | Andrew J. Gabel |
| **Invoice #** | 6303B15 |
| **Billed:** | 2/18/2019 |
| **Amount Due:** | $250.20 |

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact: 208-345-9611
800-234-9611
Fax: 208-345-8800
Email: courtreporters@m-mservice.com

131162.1



**Billed to:**

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

**Billed:**   2/18/2019

**Job #**  **(50888B4)**    **Invoice #**  **6297B15**    **Claim #**

*Case:*   Ormond Builders v. Shoshone-Bannock Tribes

*Witness:*  Andrew Scott Morgan
*Date:*    2/7/2019 9:00:00 AM

*Charges:*

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript - Digital Only | $2.25 | 126 | $283.50 |
| Exhibits - Digital Only | $0.15 | 378 | $56.70 |
| Mr. Braithwaite to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$340.20** |
| **Payments** | **$0.00** |
| **Balance Due** | **$340.20** |

### YOUR BUSINESS IS GREATLY APPRECIATED!!

(Return this section with check)

**Billed to:**   Andrew J. Gabel
**Invoice #**   6297B15
**Billed:**     2/18/2019
**Amount Due:**  $340.20

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:  208-345-9611
             800-234-9611
Fax:      208-345-8800
Email:   courtreporters@m-mservice.com

*131162.1*

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**

**Billed:**    2/18/2019

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

**Job #**   **(50889B4)**    **Invoice #**  **6300B15**    **Claim #**

*Case:*    Ormond Builders v. Shoshone-Bannock Tribes

*Witness:*   Brett Carl Goodman
*Date:*     2/7/2019 1:00:00 PM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript - Digital Only | $2.25 | 85 | $191.25 |
| Exhibits - Digital Only | $0.15 | 16 | $2.40 |
| Mr. Braithwaite to Obtain Signature | | | |

|  |  |
|---|---|
| **Sub Total** | **$193.65** |
| **Payments** | **$0.00** |
| **Balance Due** | **$193.65** |

*YOUR BUSINESS IS GREATLY APPRECIATED!!*

(Return this section with check)

**Billed to:**    Andrew J. Gabel
**Invoice #**   6300B15
**Billed:**      2/18/2019
**Amount Due:**  $193.65

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:  208-345-9611
            800-234-9611
Fax:      208-345-8800
Email:   courtreporters@m-mservice.com

**Carchano, Heidi**

| | |
|---|---|
| **From:** | Gabel, Andrew J. |
| **Sent:** | Thursday, January 17, 2019 3:48 PM |
| **To:** | Carchano, Heidi |
| **Subject:** | FW: Your Flight Receipt - ANDREW JAMES GABEL 28JAN19 |

For expense report. Depositions for Shoshone-Bannock Tribes.

**From:** Delta Air Lines <DeltaAirLines@e.delta.com>
**Sent:** Thursday, January 17, 2019 12:41 PM
**To:** Gabel, Andrew J. <GabelA@LanePowell.com>
**Subject:** Your Flight Receipt - ANDREW JAMES GABEL 28JAN19

## ▲ DELTA

**Hello, ANDREW JAMES**

SkyMiles #*******400 >

**Your Trip Confirmation #: G3MRED**

**MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

| Mon, 28JAN | DEPART | ARRIVE |
|---|---|---|
| DELTA 198 Main Cabin (M) | SEATTLE | SALT LAKE CITY |
| | 4:33pm | 7:38pm |
| DELTA 3963* Main Cabin (M) | SALT LAKE CITY | IDAHO FALLS, ID |
| | 8:25pm | 9:42pm |
| **Thu, 31JAN** | **DEPART** | **ARRIVE** |
| DELTA 3957* Main Cabin (K) | IDAHO FALLS, ID | SALT LAKE CITY |
| | 6:31pm | 7:43pm |
| **Fri, 01FEB** | **DEPART** | **ARRIVE** |
| DELTA 1760 Main Cabin (T) | SALT LAKE CITY | SEATTLE |
| | 8:35pm | 9:58pm |

*Flight 3963 Operated by SKYWEST DBA DELTA CONNECTION

1

## TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

## TRAVELING WITH ANIMALS: POLICY UPDATE

Effective December 18, 2018, to remain compliant with vaccination requirements we are no longer accepting trained service or emotional support animals less than four months of age on any flight. In addition, tickets purchased on or after December 18th will not allow emotional support animals on flights longer than 8 hours. We will refund ticket(s) or waive change fees to make alternate arrangements for the animal(s) if needed. Please note that all flights longer than 8 hours will prohibit emotional support animals starting February 1, 2019 regardless of purchase date.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|------|--------|------|
| ANDREW JAMES GABEL | DELTA 198 | 14B |
| SkyMiles #*******400 | DELTA 3963 | 12C |
| Gold | DELTA 3957 | 08B |
| | DELTA 1760 | 17D |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062354810552

Place of Issue: Delta.com

Ticket Issue Date: 17JAN19

Ticket Expiration Date: 17JAN20

**METHOD OF PAYMENT**

VI************7391                                              **$984.00 USD**

**CHARGES**

**Air Transportation Charges**

Base Fare                                                      $872.55 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger          $11.20 USD
Civil Aviation Security Service Fee) (AY)

United States - Transportation Tax (US)                        $65.45 USD

United States - Passenger Facility Charge (XF)                 $18.00 USD

United States - Flight Segment Tax (ZP)                        $16.80 USD

**TICKET AMOUNT**                                              **$984.00 USD**

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SEA DL X/SLC DL IDA414.88MA0NA0MQ DL SLC254.88KAUGA0ML DL SEA202.79TAUNA0ME USD872.55END ZP SEASLCIDASLC XF SEA4.5SLC4.5IDA4.5SLC4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Mon 28 Jan 2019 | DELTA: SEA ▸SLC | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30^{USD} | $40^{USD} |

| Mon 28 Jan 2019 | DELTA: SLC ▸IDA | |
|---|---|---|
| CARRY ON | FIRST | SECOND |

3



**Fairfield**
BY MARRIOTT

Fairfield by Marriott® Pocatello
205 Via Venitio, Pocatello, ID 83201 P 208.233.9200
Fairfield.Marriott.com

| Molly Gabel | Room: 317 | |
| 4617 Sw Othello St | Room Type: KING. | |
| Seattle WA 98136-2022 | Number of Guests: 1 | |
| Leisure | Rate: $171.00 | Clerk: JNB |
| Arrive: 20Jan19    Time: 03:27PM    Depart: 23Jan19 | Time: 12:32PM | Folio Number: 77727 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 20Jan19 | Room Charge | 97.00 | |
| 20Jan19 | Occupancy Sales Tax | 1.94 | |
| 20Jan19 | State Occupancy Tax | 4.85 | |
| 20Jan19 | Sales Tax Other Room Tax | 5.82 | |
| 21Jan19 | Room Charge | 131.00 | |
| 21Jan19 | Occupancy Sales Tax | 2.62 | |
| 21Jan19 | State Occupancy Tax | 6.55 | |
| 21Jan19 | Sales Tax Other Room Tax | 7.86 | |
| 22Jan19 | Room Charge | 171.00 | |
| 22Jan19 | Occupancy Sales Tax | 3.42 | |
| 22Jan19 | State Occupancy Tax | 8.55 | |
| 22Jan19 | Sales Tax Other Room Tax | 10.26 | |
| 23Jan19 | Visa | | 450.87 |

*Card #: VIXXXXXXXXXXXX7391/XXXX*
*Amount:  450.87  Auth: 038135  Signature on File*
*This card was electronically swiped on 20Jan19*

**BALANCE:**    0.00

**Marriott Bonvoy Account # XXXXX3159.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account.
Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

**Carrington-Dahl, Kay**

| | |
|---|---|
| **From:** | Gabel, Andrew J. |
| **Sent:** | Monday, January 28, 2019 4:03 PM |
| **To:** | Carrington-Dahl, Kay |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Monday afternoon trip receipt |
| **Attachments:** | map_dd72a02d-75bf-4ea5-a23b-20eeccff42a0.png; map_dd72a02d-75bf-4ea5-a23b-20eeccff42a0_wide |

Expense report. Travel for deposition.

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** January 28, 2019 at 4:01:27 PM PST
> **To:** <gabela@lanepowell.com>
> **Subject: Thanks for tipping! We've updated your Monday afternoon trip receipt**

Uber

Total: $50.47
Mon, Jan 28, 2019

# Thanks for tipping, Andrew

Here's your updated Monday afternoon ride receipt.



| Total | $50.47 |
|---|---|

| | |
|---|---|
| Base Fare | $1.42 |
| Time | $13.90 |

1

| | |
|---|---|
| Distance | $26.31 |

| | |
|---|---|
| Subtotal | $41.63 |
| Booking Fee  | $1.95 |
| City of Seattle Regulatory Fee ❓ | $0.14 |
| SEA Airport Surcharge ❓ | $1.65 |
| City of Seattle Accessibility Fee ❓ | $0.10 |
| Tip | $5.00 |

**Amount Charged**

 **VISA** •••• 7391 | Switch          $50.47

Download PDF
Download link expires 2/28/19

You rode with Yusuf

  4.87 ★ Rating

Top Driver Compliment

"Excellent Service"

```
        WELCOME TO
          BOOZERS
         KICKS 66
        IDAHO FALLS
            ID

         00307298
       BOOZER KWIK STP
       1300 W BRDWAY
       IDAHO FALLS ID
          83402

   DATE 01/31/19  11:40
   TRAN# 9036977
   PUMP# 03
   SERVICE LEVEL: SELF
   PRODUCT: REGULAR
   GALLONS:        2.247
   PRICE/G:        2.379
   FUEL SALE   $$$  5.35
        CREDIT      $5.35

   ENTRY METHOD USED :
      Swipe
   VISA FLT  Acct: 7391
   AUTH: 00-075615
   Batch: 73 Seq: 013
   INVOICE: 113958
   Tran: 2187298

   DEALER#: 00307298
   Term ID: 21
   Your opinion
   counts!  Enter to
   Win 1 of 60 $25
   gas gift cards!!!
   Provide feedback
   www.gasvisit.com
       WIN FREE FUEL
   WWW.GASVISIT.COM
     ENTER TO WIN
```



```
          Thai Kitchen
         752 E 17TH ST
      IDAHO FALLS, ID 83404
         (208)528-5420

01/29/2019              12:34:46
Merchant ID:   ••••••••••6721
Device ID:              0511
Terminal ID:           PPXII

Credit Sale:

Transaction #:            7
Card Type:              Visa
Account:       ••••••••••••7391
Entry:                  Chip
Server #:                 6

Amount:         $21.12

TIP:        $

Total:$       25.12

STAN:                    007
Auth Code:            042450
Batch Number:             6
Response:           AUTH/TKT
ACI Code:                 E
TRANS ID:      58902970650505050

Mode:                Issuer
AID:          A000000003101O
TVR:            0000000000
IAD:          06010003604002
TSI:                   F800
ARC:                     00
APPLAB:         VISA CREDIT

     PIN BYPASSED

   CUSTOMER COPY
```



```
     STIEGFRIED'S
     S A U S A G E
    VARIETIES OF MEATY PRODUCTS
          OVER
           70

        20 W 200 S
   Salt Lake City UT 84101

    801-355-3891

Chk/PN Tab Cov Srvr  Time        Date
744375/1 6211  1  20 12:23:22 PM 2/4/2019
---------------------------------------
1  PASTRAMI REUBEN            6.93
1  HOT POTATO SALAD           2.50
1  WIENERSCHNITZEL SANDWIC    6.99
2  TURKEY REUBEN              6.99
2  COLD POTATO SALAD          5.00
2  BRATWURST SANDWICH         6.93
2  MED DRINK                  2.98

       SUB TOTAL             38.44

       Sales Tax              3.30

       TOTAL                41.74
                           =======

       Amount Paid          41.74
                           =======

   VISA                      0.00
   Change                    0.00
   Amount due

       THANK YOU!
```

| | |
|---|---|
| **From:** | Gabel, Andrew J. |
| **Sent:** | Thursday, January 31, 2019 2:05 PM |
| **To:** | Carchano, Heidi |
| **Subject:** | FW: Thanks for tipping! We've updated your Thursday afternoon trip receipt |

For expense report.  Thanks

**From:** Uber Receipts <uber.us@uber.com>
**Sent:** Thursday, January 31, 2019 2:02 PM
**To:** Gabel, Andrew J. <GabelA@LanePowell.com>
**Subject:** Thanks for tipping! We've updated your Thursday afternoon trip receipt

## Uber

Total: $18.33
Thu, Jan 31, 2019

# Thanks for tipping, Andrew

Here's your updated Thursday afternoon ride receipt.



# Total                    $18.33

Trip Fare                          $10.08

| Subtotal | $10.08 |
|---|---|
| Tolls, Surcharges, and Fees  | $5.25 |
| Tip | $3.00 |

## Amount Charged

**VISA** •••• 7391 ¦ Switch                    $18.33

A temporary hold of $15.33 was placed on your payment method •••• 3349 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

Download PDF
Download link expires 3/2/19

## You rode with Felipe

  

4.86 ★ Rating

Top Driver Compliment

"Excellent Service"

2

131162.1
Deps
Nick Cantos

# SPRINGHILL SUITES®
### BY MARRIOTT

SPRINGHILL SUITES BY MARRIOTT® / SPRINGHILL SUITES IDAHO FALLS
665 Riverwalk Drive, Idaho Falls, ID 83402 P 208.552.7000
**springhillsuites.com**

Andrew Gabel

4617 Sw Othello St

Seattle WA 98136-2022

Leisure

Arrive: 28Jan19    Time: 10:15PM

Room: 316

Room Type: KSTE

Number of Guests: 1

Rate: $104.00    Clerk: KSR

Depart: 31Jan19    Time: 11:31AM    Folio Number: 77898

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 28Jan19 | Room Charge | 104.00 | |
| 28Jan19 | State Occupancy Tax | 2.08 | |
| 28Jan19 | Occupancy Sales Tax | 6.24 | |
| 28Jan19 | City Tax | 5.20 | |
| 29Jan19 | Room Charge | 104.00 | |
| 29Jan19 | State Occupancy Tax | 2.08 | |
| 29Jan19 | Occupancy Sales Tax | 6.24 | |
| 29Jan19 | City Tax | 5.20 | |
| 30Jan19 | Room Charge | 104.00 | |
| 30Jan19 | State Occupancy Tax | 2.08 | |
| 30Jan19 | Occupancy Sales Tax | 6.24 | |
| 30Jan19 | City Tax | 5.20 | |
| 31Jan19 | Visa | | 352.56 |

*Card #: VIXXXXXXXXXXXX7391/XXXX*
*Amount:  352.56  Auth: 049907  Signature on File*
*This card was electronically swiped on 28Jan19*

BALANCE:    0.00

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.

**Hertz**

RENTAL: 01/28/19 09:41pm IDAHO FALLS, ID   91926-01 #02 RN
RETURN: 01/31/19 11:46am IDAHO FALLS, ID   91926-01

*131162.1*
*Idaho DepS*

GABEL/ANDREW J      CDP: 0013000

OVERLAND WEST INC.
Hertz System Licensee  FT: ZE1        HG:
(208)529-3101
OWN/VEH: 95121/0844100  19 SANTA FE HYUNDAI  LIC: MT 697049B   VEH CLASS: L

| | | |
|---|---|---|
| DAYS | 3 (TX) $ | 221.97 |
| EX HOURS | (TX) $ | .00 |
| EX DAYS | (TX) $ | .00 |
| XDAY HRS | (TX) $ | .00 |
| MILEAGE CHG | (TX) $ | .00 |
| SUBTOTAL | $ | 221.97 |

| | | | |
|---|---|---|---|
| LDW | DECLINED | MILEAGE IN: | 11579 |
| LIS | DECLINED | MILEAGE OUT: | 11551 |
| PAI,PEC | DECLINED | MILES DRIVEN: | 28 |
| FPO | DECLINED - FUEL & SVC APPLIED | TR-X MILES DRIVEN: | 0 |
| | $ 6.99 GL    TK CAP: 18.80 | MILES ALLOWED: | 0 |
| | FUEL OUT: 8/8 FUEL IN: 8/8 | MILES CHARGED: | 0 |

DISCOUNT 10%     $- 22.20
SUBTOTAL     $  199.77

CON. FEE RECOVERY(TX) $   22.56
VLCR*     (TX) $    3.30
LDW     (TX) $     .00
LIS     (NT) $     .00
PAI/PEC     (NT) $     .00

ADDITIONAL CHARGES:

| | | |
|---|---|---|
| PLAN IN: TMDD | $ 73.99 / DAY | |
| PLAN OUT: TMDD | $ 24.66 / EX HOUR | |
| RATE CLASS: D | $ 73.99 / EX DAY | |
| | $ 0.00 / EX WEEK | |
| | $ 24.66 / XDAY HR | |
| | $ 0.00 / MILE | |

FUEL & SVC   (TX) $     .00
TAXABLE SUBTOTAL  $  225.63
TAX .06000     $   13.54
TOTAL CHARGES    $  239.17

CHARGED ON VSA   $  239.17

1st FORM OF PAY: VSA   CC: $$$$ $$$$ $$$$ 7391    AUTH: $   .00/    SCH

*********************************************************************************************
HOW WAS YOUR EXPERIENCE?  WE'D LIKE YOUR FEEDBACK.

1) Visit www.hertzsurvey.com

2) Enter Access Code: 9192601

We Value Your Opinion and Look Forward to Your Feedback
*********************************************************************************************

  THANK YOU FOR RENTING FROM HERTZ

RESERVATION INFORMATION: H9252700016
PREPARED BY: DFB  COMPLETED BY: HM   DUE: 01/31/19
STATEMENT OF CHARGES - NOT VALID FOR RENTAL

RENTAL RECORD L-2113260-2

**Carrington-Dahl, Kay**

| | |
|---|---|
| **From:** | Gabel, Andrew J. |
| **Sent:** | Friday, February 1, 2019 6:25 PM |
| **To:** | Carchano, Heidi; Carrington-Dahl, Kay |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Friday morning trip receipt |
| **Attachments:** | map_c288944b-79bc-47ac-ac06-7f66a9de0b94; map_c288944b-79bc-47ac-ac06-7f66a9de0b94_wide |

Expense report. Thanks!

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 1, 2019 at 10:43:45 AM MST
> **To:** <gabela@lanepowell.com>
> **Subject: Thanks for tipping! We've updated your Friday morning trip receipt**

Uber

Total: $10.17
Fri, Feb 01, 2019

# Thanks for tipping, Andrew

Here's your updated Friday morning ride receipt



## Total $10.17

Trip Fare $4.42

1

| | |
|---|---|
| Subtotal | $4.42 |
| Tolls, Surcharges, and Fees  | $2.75 |
| Tip | $3.00 |

Amount Charged

**VISA** •••• 7391 | Switch                    $10.17

Download PDF
Download link expires 3/3/19

You rode with Pedro

  4.92 ★ Rating

Top Driver Compliment

"Excellent Service"

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

131162.1

# COURTYARD®
## BY MARRIOTT

Courtyard by Marriott® Salt Lake City Downtown
345 West 100 South, Salt Lake City UT 84101 P 385.290.6500
Marriott.com/SLCCD

Molly Gabel                                         Room: 533
4617 Sw Othello St                                  Room Type: QNQN
Seattle WA 98136-2022                               Number of Guests: 1
Lane Powell                                         Rate: $161.00              Clerk: MOY

Arrive: 31Jan19       Time: 02:51PM      Depart: 01Feb19      Time: 09:33AM       Folio Number: 52300

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 31Jan19 | Room Charge | 161.00 | |
| 31Jan19 | Occupancy Sales Tax | 8.16 | |
| 31Jan19 | State Occupancy Tax | 12.24 | |
| 31Jan19 | City Tax | 1.61 | |
| 01Feb19 | Visa | | 183.01 |

Card #: VIXXXXXXXXXXXX7391/XXXX
Amount: 183.01 Auth: 056399 Signature on File
This card was electronically swiped on 31Jan19

**BALANCE:     0.00**

Rewards Account # XXXXX3159.  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your
Rewards Account Statement or your online Statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

131162.1

**Carrington-Dahl, Kay**

| | |
|---|---|
| **From:** | Gabel, Andrew J. |
| **Sent:** | Monday, February 4, 2019 12:43 AM |
| **To:** | Carrington-Dahl, Kay |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Monday morning trip receipt |
| **Attachments:** | map_cbe8b5bb-ec6f-41b9-a962-086eb3209506.png; map_cbe8b5bb-ec6f-41b9-a962-086eb3209506_wide.png |

For expense report. Thanks!

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 4, 2019 at 1:40:29 AM MST
> **To:** <gabela@lanepowell.com>
> **Subject: Thanks for tipping! We've updated your Monday morning trip receipt**



Uber

Total: $17.64
Mon, Feb 04, 2019

## Thanks for tipping, Andrew

Here's your updated Monday morning ride receipt.

| Total | $17.64 |
|---|---|

| Trip Fare | $10.39 |
|---|---|

1

| | |
|---|---|
| Subtotal | $10.39 |
| Tolls, Surcharges, and Fees  | $5.25 |
| Tip | $2.00 |

Amount Charged

**VISA** •••• 7391 | Switch                           **$17.64**

Download PDF
Download link expires 3/6/19

You rode with Mirsad

 

4.9 ★ Rating

Top Driver Compliment
"Excellent Service"

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

## Carchano, Heidi

| | |
|---|---|
| **From:** | Gabel, Andrew J. |
| **Sent:** | Wednesday, February 6, 2019 6:13 PM |
| **To:** | Carchano, Heidi |
| **Subject:** | Fwd: Your Flight Receipt - ANDREW JAMES GABEL 11FEB19 |

Expense report for SBT. Thanks!

Sent from my iPhone

Begin forwarded message:

> **From:** Delta Air Lines <DeltaAirLines@e.delta.com>
> **Date:** February 6, 2019 at 6:12:19 PM PST
> **To:** <gabela@lanepowell.com>
> **Subject: Your Flight Receipt - ANDREW JAMES GABEL 11FEB19**
> **Reply-To:** Delta Air Lines <support-b5abvgebfpayqkauzqx8kqc11cf88s@e.delta.com>



**Hello, ANDREW JAMES**

SkyMiles® #*******400 >

**Your Trip Confirmation #: G2WBT7**   **MANAGE MY TRIP >**

You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

| Mon, 11FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1615 | SEATTLE | SALT LAKE CITY |
| Main Cabin (Q) | 7:00am | 10:03am |
| DELTA 7361* | SALT LAKE CITY | POCATELLO IDAHO, ID |
| Main Cabin (Q) | 11:10am | 12:15pm |

*Flight 7361 Operated by SKYWEST DBA DELTA CONNECTION

**TSA CHANGES - ARRIVE EARLY**

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

1

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

## NEW BRANDED BOARDING ORDER

Effective January 23, 2019, boarding order will be based on the branded fare you purchased in an effort to bring consistency and clarity to the gate and boarding experience. Please note your branded fare group before boarding. SkyMiles® Medallion® Members and eligible Credit Card Members will continue to receive priority boarding. Learn more here.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|------|--------|------|
| ANDREW JAMES GABEL | DELTA 1615 | 17C |
| SkyMiles #*******400 | DELTA 7361 | 10B |
| Gold | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062357193865

Place of Issue: Delta.com

Ticket Issue Date: 06FEB19

Ticket Expiration Date: 06FEB20

### METHOD OF PAYMENT

VI************7391                                          **$469.00 USD**

### CHARGES



# COURTYARD®
### BY MARRIOTT

Courtyard by Marriott® Salt Lake City Downtown
345 West 100 South, Salt Lake City UT 84101 P 385.290.6500
Marriott.com/SLCCD

| | |
|---|---|
| Andrew Gabel | Room: 616 |
| 4617 Sw Othello St | Room Type: GENR |
| Seattle WA 98136-2022 | Number of Guests: 1 |
| Leisure | Rate: $93.00       Clerk: SEB |

Arrive: 03Feb19    Time: 01:21AM    Depart: 08Feb19    Time: 11:39AM    Folio Number: 51409

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 03Feb19 | Room Charge | 101.00 | |
| 03Feb19 | Occupancy Sales Tax | 5.12 | |
| 03Feb19 | State Occupancy Tax | 7.68 | |
| 03Feb19 | City Tax | 1.01 | |
| 04Feb19 | Room Charge | 139.00 | |
| 04Feb19 | Occupancy Sales Tax | 7.05 | |
| 04Feb19 | State Occupancy Tax | 10.56 | |
| 04Feb19 | City Tax | 1.39 | |
| 05Feb19 | Room Charge | 156.00 | |
| 05Feb19 | Occupancy Sales Tax | 7.91 | |
| 05Feb19 | State Occupancy Tax | 11.86 | |
| 05Feb19 | City Tax | 1.56 | |
| 06Feb19 | Room Charge | 190.00 | |
| 06Feb19 | Occupancy Sales Tax | 9.63 | |
| 06Feb19 | State Occupancy Tax | 14.44 | |
| 06Feb19 | City Tax | 1.90 | |
| 07Feb19 | Room Charge | 131.00 | |
| 07Feb19 | Occupancy Sales Tax | 6.64 | |
| 07Feb19 | State Occupancy Tax | 9.96 | |
| 07Feb19 | City Tax | 1.31 | |
| 08Feb19 | Visa | | 815.02 |

*Card #: VIXXXXXXXXXXXX7391/XXXX*
*Amount:   815.02  Auth: 060555  Signature on File*
*This card was electronically swiped on 04Feb19*

BALANCE:      0.00

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

131162.1

**M&M COURT REPORTING SERVICE**
26-2913728

**"Excellence in Court Reporting Since 1970"**

M&M
# 010023
# 010024

*Billed to:*
Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

*Billed:* 2/26/2019

| Job #   | (51030B4)   | Invoice #   | 74761B5   | Claim #   |
|---------|-------------|-------------|-----------|-----------|

*Case:* Ormond Builders v. Shoshone-Bannock Tribes

*Witness:* Connie Davis
*Date:* 2/12/2019 9:00:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript - Digital Only | $2.25 | 130 | $292.50 |
| Exhibits 289-306 Digital Only | $0.15 | 88 | $13.20 |
| Gabel to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$305.70** |
| **Payments** | **$0.00** |
| **Balance Due** | **$305.70** |


Q210608

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

| *Billed to:* | Andrew J. Gabel |
|---|---|
| *Invoice #* | 74761B5 |
| *Billed:* | 2/26/2019 |
| *Amount Due:* | $305.70 |

Approved
AJG

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

| Contact: | 208-345-9611 |
|---|---|
| | 800-234-9611 |
| Fax: | 208-345-8800 |
| Email: | courtreporters@m-mservice.com |

131162.1

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**

Billed: 2/26/2019

Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

**Job #**  (51031B4)     **Invoice #   74763B5**     **Claim #**

**Case:**   Ormond Builders v. Shoshone-Bannock Tribes

**Witness:**  Lenora Lavatta
**Date:**   2/12/2019 1:00:00 PM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript  - Digital Only | $2.25 | 65 | $146.25 |
| Exhibits 307-308 Digital Only | $0.15 | 207 | $31.05 |
| Gabel to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$177.30** |
| **Payments** | **$0.00** |
| **Balance Due** | **$177.30** |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:**  Andrew J. Gabel
**Invoice #**   74763B5
**Billed:**   2/26/2019
**Amount Due:**  $177.30

Approved
AJG

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:  208-345-9611
          800-234-9611
Fax:      208-345-8800
Email:    courtreporters@m-mservice.com

#-000002.5
131162.1
#-000010210
#-000103.0



M&M COURT REPORTING SERVICE
26-2913728
"Excellence in Court Reporting Since 1970"

**Billed to:**

Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

Billed: 2/19/2019

**Job #** (50772B4)  **Invoice #** 74642B5  **Claim #**

**Case:** Ormond Builders v. Shoshone-Bannock Tribes

**Witness:** Nicholas J. Contos
**Date:** 1/30/2019 9:00:00 AM

**Charges:**

| | | | |
|---|---|---:|---:|
| O&1 Transcript Fee - Digital Copy | $3.75 | 224 | $840.00 |
| Attendance Fee - Full Day | $150.00 | 1 | $150.00 |
| Exhibits 160 -177 Digital Only | $0.15 | 170 | $25.50 |
| Mr. Larkin to Obtain Signature | | | |
| Shipping & Handling Original | $16.00 | 1 | $16.00 |

| | |
|---|---:|
| **Sub Total** | **$1,031.50** |
| **Payments** | **$0.00** |
| **Balance Due** | **$1,031.50** |

Q210605

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:** Andrew J. Gabel
**Invoice #** 74642B5
**Billed:** 2/19/2019
**Amount Due:** $1,031.50

A6

Contact: 208-345-9611
800-234-9611
Fax: 208-345-8800
Email: courtreporters@m-mservice.com

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

131162.1

## M&M COURT REPORTING SERVICE
### 26-2913728

**"Excellence in Court Reporting Since 1970"**

**M&M**

**Billed to:**

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

**Billed:** 2/20/2019

**Job #** **(50887B4)**     **Invoice #** **74665B5**     **Claim #**

**Case:** Ormond Builders v. Shoshone-Bannock Tribes

**Witness:** John David Giles
**Date:** 2/6/2019 9:00:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript  - Digital Only | $2.25 | 275 | $618.75 |
| Exhibits 250-262 Digital Only | $0.15 | 36 | $5.40 |
| Craig Mariger to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$624.15** |
| **Payments** | **$0.00** |
| **Balance Due** | **$624.15** |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:**    Andrew J. Gabel
**Invoice #**    74665B5
**Billed:**    2/20/2019
**Amount Due:**    $624.15

A6

M&M Court Reporting Service
P.O. Box 2636
Boise, ID  83701-2636

Contact:   208-345-9611
           800-234-9611
Fax:     208-345-8800
Email:    courtreporters@m-mservice.com

131162.1

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"

# M&M

**Billed to:**

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

**Billed:**    2/22/2019

**Job #**  **(50886B4)**    **Invoice #**  **74714B5**    **Claim #**

**Case:**    Ormond Builders v. Shoshone-Bannock Tribes

**Witness:**  Courtney Haddick
**Date:**     2/5/2019 8:59:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript  - Digital Only | $2.25 | 281 | $632.25 |
| Exhibits 21--249 Digital Only | $0.15 | 203 | $30.45 |
| Mariger to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$662.70** |
| **Payments** | **$0.00** |
| **Balance Due** | **$662.70** |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:**    Andrew J. Gabel
**Invoice #**   74714B5
**Billed:**     2/22/2019
**Amount Due:**  $662.70

A6

M&M Court Reporting Service
P.O. Box 2636
Boise, ID  83701-2636

Contact:  208-345-9611
             800-234-9611
Fax:      208-345-8800
Email:   courtreporters@m-mservice.com



## Hilton
**HOTELS & RESORTS**

HILTON SACRAMENTO ARDEN WEST
2200 HARVARD STREET
SACRAMENTO, CA 95815
United States of America
TELEPHONE 916-922-4700 · FAX 916-922-8418
Reservations
www.hilton.com or 1 800 HILTONS

Nolet, Angle

| | |
|---|---|
| Room No: | 1220/K1E |
| Arrival Date: | 2/18/2019 8:55:00 AM |
| Departure Date: | 2/19/2019 8:01:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | GHOLM1 |
| Room Rate: | 179.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 1008208 A |

Confirmation Number: 3529011877

HILTON SACRAMENTO ARDEN WEST 2/20/2019 3:06:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 2/18/2019 | 4017964 | GUEST ROOM | $179.00 |
| 2/18/2019 | 4017964 | CITY OCCUPANCY TAX | $22.02 |
| 2/18/2019 | 4017964 | TOURISM ASSESSMENT FEE | $4.48 |
| 2/19/2019 | 4018378 | VS *6054 | ($216.50) |
| 2/20/2019 | 4018378 | VS *6054 | $11.00 |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 2/18/2019 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $205.50 | $205.50 |
| DAILY TOTAL | $205.50 | $205.50 ✓ |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 05507C | MERCHANT ID | 23213580004 |
| CARD NUMBER | VS *6054 | EXP DATE | 12/23 |
| TRANSACTION ID | 4018378 | TRANS TYPE | Sale |



**Hilton**
HOTELS & RESORTS

HILTON SACRAMENTO ARDEN WEST
2200 HARVARD STREET
SACRAMENTO, CA 95815
United States of America
TELEPHONE 916-922-4700  · FAX 916-922-8418
Reservations
www.hilton.com or 1 800 HILTONS

Nolet, Angie

| | |
|---|---|
| Room No: | 1220/K1E |
| Arrival Date: | 2/18/2019 8:55:00 AM |
| Departure Date: | 2/19/2019 8:01:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | EDT |
| Room Rate: | 179.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 1008208 B |

Confirmation Number: 3529011877

HILTON SACRAMENTO ARDEN WEST 2/19/2019 8:01:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 2/18/2019 | 4017836 | *CAMEO LOUNGE | $50.22 |
| 2/19/2019 | 4018380 | VS *6054 | ($50.22) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 2/18/2019 | STAY TOTAL |
|---|---|---|
| FOOD AND BEVERAGE | $50.22 | $50.22 |
| DAILY TOTAL | $50.22 | $50.22 |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 01581C | MERCHANT ID | 23213580004 |
| CARD NUMBER | VS *6054 | EXP DATE | 12/23 |
| TRANSACTION ID | 4018380 | TRANS TYPE | Sale |

*Overcharged*

THANK YOU FOR SHOPPING AT
PARADIES LAGARDERE
SACRAMENTO INTERNATIONAL AIRPORT
SACRAMENTO, CA

SALESPERSON # 14533

SAHALE CASHEW POMEGR 20002711000
                      8.99 NT
SMART WATER 1 LITER   98173644000
                      4.69 TT

TOTAL                    $13.68
VISA                     $13.68 ✓
*************** PURCHASE ***************
            APPROVED

Total:    $13.68
Card Type:  VISA
Card Entry: CHIP
Acct #:    ************6054
Approval Code: 06634C

******    EMV PURCHASE    ******
App Label:           VISA CREDIT
Mode:                Issuer
AID: (0XA0000000031010)
TVR: 0080008000
IAD: 06010A03602002
TSI: F800
ARC: 00

          CUSTOMER COPY

ITEMS 2
02/19/2019   05:55PM
000423 01 14533              1708

   HOW WAS OUR SERVICE TODAY? WE WANT TO
   KNOW! PLEASE TAKE A QUICK SURVEY FOR A
       CHANCE TO WIN A $250 GIFT CARD.
           http://blt.do/SMF-TRAVEL

131162.D001

**Alaska**

Confirmation Code:
GMVBXN

Traveler

Angela Nolet
  E-Ticket: 0272119499856
  MP#: Alaska 160208112
  Seats: SEA-LAS    21A
         LAS-SEA    28F

Deps: Justin Veilleux
      Paul Erickson
      (Henderson NV)

| Flight | Departs | Arrives |
|---|---|---|
| *Alaska* Alaska 604 | Seattle (SEA) | Las Vegas (LAS) |
| Main (V) \| Nonstop | Sun, Feb 24 | Sun, Feb 24 |
| Distance: 866 mi \| Duration: 2h 24m | 4:05 pm | 6:29 pm |
| *Alaska* Alaska 675 | Las Vegas (LAS) | Seattle (SEA) |
| Main (H) \| Nonstop | Mon, Feb 25 | Mon, Feb 25 |
| Distance: 866 mi \| Duration: 2h 40m | 7:30 pm | 10:10 pm |

Flight Total for 1 passenger: $429.60

The VISA ending with *******6054 has been charged a total of USD $429.60.

| | |
|---|---|
| Total per passenger | $429.60 |
| Fare | $373.02 |
| Base fare | $373.02 |
| Taxes and fees | $56.58 |
| US flight segment tax | $8.40 |
| US psgr. facility charge | $9.00 |
| US Sept. 11 security fee | $11.20 |
| US transportation tax | $27.98 |

Each ticket and any booking or change fees will be a separate charge on your credit card statement.

For additional assistance with your reservation, call us at 1-800-252-7522 for assistance.

#-U(107°71
131162.1



M&M COURT REPORTING SERVICE
26-2913728

**"Excellence in Court Reporting Since 1970"**

*Billed to:*
    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

*Billed:*    2/27/2019

**Job #**    **(51032B4)**      **Invoice #**   **74783B5**     **Claim #**

*Case:*    Ormond Builders v. Shoshone-Bannock Tribes

*Witness:*   Brian Hood
*Date:*      2/12/2019 3:00:00 PM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy Transcript  - Digital Only | $2.25 | 60 | $135.00 |
| Exhibits 309-317 Digital Only | $0.15 | 30 | $4.50 |
| Gabel to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$139.50** |
| **Payments** | **$0.00** |
| **Balance Due** | **$139.50** |


Q210597

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

*Billed to:*    Andrew J. Gabel
*Invoice #*    74783B5
*Billed:*      2/27/2019
*Amount Due:*   $139.50

Oh
to pay
ADG

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:   208-345-9611
            800-234-9611
Fax:      208-345-8800
Email:    courtreporters@m-mservice.com

Michael S. Woodward
W&S Construction Services
10878 Eden Ridge Avenue
Las Vegas, Nevada 89135
(702) 243-9837
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

Data Date: 4 March 2019

ANTICIPATED COST

| AP CHECK DUPLICATE | BILLING COST INPUT |
| --- | --- |
| 3.4.19 | 3.5.19 |

Cost Code:
Invoice #: WSCS SBT05

## Work Description: Michael Woodward

**Shoshone-Bannock Tribes**
**Casino Expansion Phase II Project**
Review of Ormond Performance Deficiencies & Cost / Schedule Impacts
2/1/19 - 2/28/19

### PROJECT INFORMATION

| | | |
| --- | --- | --- |
| Authorization #: | 9/20/18 Authorization Letter | |
| Project Name: | Casino Expansion Phase II | |

### CURRENT INVOICE

| Labor | Rate | Hours | Sub-Total |
| --- | --- | --- | --- |
| Michael S. Woodward | $205.00 | 130.00 | $ 26,650.00 |

Reimbursables (at cost, no markup, no meals or expenses)

131162-1

| | | | |
| --- | --- | --- | --- |
| | $0.00 | | $0.00 |

| INVOICE TOTAL | $ 26,650.00 |
| --- | --- |

Michael S. Woodward
W&S Construction Services
10878 Eden Ridge Avenue
Las Vegas, Nevada 89135
(702) 243-9837

Cost Code:
Invoice #: WSCS SBT05

Data Date: 4 March 2019

Work Description: Michael Woodward

Shoshone-Bannock Tribes
Casino Expansion Phase II Project
Review of Ormond Performance Deficiencies & Cost / Schedule Impacts
1/1/19 - 1/31/19

## DETAIL

| Date | Hrs | Description |
|---|---|---|
| 2/1/19 | 4.00 | Technical Delay Analysis: 13 OBI schedules / 12 intervals; generate & table results; draft interval-by-interval analysis |
| 2/4/19 | 4.00 | Technical Delay Analysis: 13 OBI schedules / 12 intervals; generate & table results; draft interval-by-interval analysis |
| 2/5/19 | 4.00 | Technical Delay Analysis: 13 OBI schedules / 12 intervals; generate & table results; draft interval-by-interval analysis |
| 2/6/19 | 4.00 | Technical Delay Analysis: 13 OBI schedules / 12 intervals; generate & table results; draft interval-by-interval analysis |
| 2/7/19 | 4.00 | Technical Delay Analysis: 13 OBI schedules / 12 intervals; generate & table results; draft interval-by-interval analysis; review Big-D Schedules |
| 2/8/19 | 4.00 | Technical Delay Analysis: 13 OBI schedules / 12 intervals; generate & table results; draft interval-by-interval analysis; draft scheduling into narrative for Report; review Big-D schedules |
| 2/11/19 | 4.00 | Run Report attachments (schedules, comparisons, technical reports) |
| 2/12/19 | 4.00 | Drafting Report: intro, reviewed docs tabulation and timeline |
| 2/13/19 | 6.00 | Drafting Report: reviewed docs tabulation and timeline; review GC's specs, addenda for scheduling and management obligations; pull and cite for Report |
| 2/14/19 | 6.00 | Drafting Report: reviewed docs tabulation and timeline; review GC's specs, addenda for scheduling and management obligations; pull and cite for Report |
| 2/15/19 | 6.00 | Receive / review Nick Contos deposition; review pull cites from depo into Report draft responses |
| 2/16/19 | 6.00 | Review Nick Contos deposition;  pull cites from depo into Report draft responses |
| 2/18/19 | 8.00 | Review Nick Contos deposition;  pull cites from depo into Report draft responses |
| 2/19/19 | 8.00 | Review L-900 issue, OBI bid docs, REA package; Contos depo; draft bid process section for Report |
| 2/20/19 | 6.00 | Review L-900 issue, OBI bid docs, REA package; Contos depo; draft bid process section for Report |
| 2/21/19 | 6.00 | Review OBI cash / billing burn rate, correct cost loading in OBI baseline schedule, pull estimated cash flow from schedule / actuals from pay apps |
| 2/22/19 | 8.00 | Run cash / burn analysis for schedule & completion date; draft narrative for Report |
| 2/23/19 | 6.00 | Review SBT contractor replacement process (Big-D); review records; draft narrative for Report |
| 2/25/19 | 8.00 | Drafting Report: writing, editing, formatting and generating tables / graphics |
| 2/26/19 | 8.00 | Drafting Report: writing, editing, formatting and generating tables / graphics |
| 2/27/19 | 8.00 | Drafting Report: writing, editing, formatting and generating tables / graphics |
| 2/28/19 | 8.00 | Drafting Report: writing, editing, formatting and generating tables / graphics |
| Total | 130.00 | |

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**
Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

**Billed:** 3/4/2019

COPY

**Job #** (50773B4)   **Invoice #** 74839B5   **Claim #**

**Case:** Ormond Builders v. Shoshone-Bannock Tribes

**Witness:** Arden Floyd Smith
**Date:** 2/20/2019 9:00:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| O&1 Transcript Fee - Digital Copy | $3.75 | 268 | $1,005.00 |
| Attendance Fee - Full Day | $150.00 | 1 | $150.00 |
| Originasl Exhibit Notebook - large | $20.00 | 1 | $20.00 |
| Exhibits 355-372 Digital Only | $0.15 | 76 | $11.40 |
| Shipping & Handling Original | $14.00 | 1 | $14.00 |
| Larkin to Obtain Signature | | | |

| | |
|---|---|
| **Sub Total** | **$1,200.40** |
| **Payments** | **$0.00** |
| **Balance Due** | **$1,200.40** ✓ |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

Add as
an trogrowd
Cost

AJG

(Return this section with check)

**Billed to:** Andrew J. Gabel
**Invoice #** 74839B5
**Billed:** 3/4/2019
**Amount Due:** $1,200.40

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

ANTICIPATED COST
AP CHECK | BILLING COST
DUPLICATE | INPUT

Contact: 208-345-9611
800-234-9611
Fax: 208-345-8800
Email: courtreporters@m-mservice.com



**Billed to:**

Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

*Billed:*      3/5/2019

**Job #**   (50775B4)      **Invoice #   74872B5**      **Claim #**

*Case:*      Ormond Builders v. Shoshone-Bannock Tribes

*Witness:*   Donald J. Ormond
*Date:*      2/22/2019 9:00:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| O&1 Transcript Fee - EO | $3.75 | 231 | $866.25 |
| Attendance Fee - Full Day | $150.00 | 1 | $150.00 |
| Exhibits 385-391 Digital Only | $0.15 | 232 | $34.80 |
| Larkin to Obtain Signature | | | |
| Shipping & Handling Original | $18.00 | 1 | $18.00 |

|  |  |
|---|---|
| **Sub Total** | **$1,069.05** |
| **Payments** | **$0.00** |
| **Balance Due** | **$1,069.05** |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:**      Andrew J. Gabel
**Invoice #**      74872B5
**Billed:**      3/5/2019
**Amount Due:**   $1,069.05

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:   208-345-9611
           800-234-9611
Fax:       208-345-8800
Email:     courtreporters@m-mservice.com

M&M COURT REPORTING SERVICE

26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**
Andrew J. Gabel
Lane Powell
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338

Billed: 3/8/2019

**Job #** (51188B4)  **Invoice #** 74953B5  **Claim #**

*Case:* Ormond Builders v. Shoshone-Bannock Tribes

*13/1621*

*Witness:* Mark Johnson
*Date:* 2/28/2019 9:00:00 AM

**Charges:**
Volume I - **Seattle, WA Rates**

| | | | |
|---|---|---|---|
| Certified Copy Transcript Fee - Technical | $3.50 | 293 | $1,025.50 |
| Exhibits 429-457 Digital Copy Only | $0.15 | 148 | $22.20 |

| | |
|---|---|
| Sub Total | $1,047.70 |
| Payments | $0.00 |
| Balance Due | $1,047.70 |



*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:** Andrew J. Gabel
**Invoice #** 74953B5
**Billed:** 3/8/2019
**Amount Due:** $1,047.70

Anticipated
Cost
is Approved
AG

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact:  208-345-9611
               800-234-9611
Fax:        208-345-8800
Email:      courtreporters@m-mservice.com



**Billed to:**

    Andrew J. Gabel
    Lane Powell
    1420 Fifth Avenue, Ste. 4100
    Seattle, WA 98101-2338

Billed:    3/8/2019

**Job #**   (51186B4)     **Invoice #**  74949B5     **Claim #**

**Case:**    Ormond Builders v. Shoshone-Bannock Tribes

**Witness:**   Scott D. Tomlinson
**Date:**     2/26/2019 9:00:00 AM

**Charges:**
VOLUME I - *Seattle, WA Fees*

| | | | |
|---|---|---:|---:|
| Certified Copy Transcript Fee Expert | | $3.50 | 299 | $1,046.50 |
| Exhibits 392-399 Digital Only | | $0.15 | 34 | $5.10 |

| | |
|---|---:|
| **Sub Total** | **$1,051.60** |
| **Payments** | **$0.00** |
| **Balance Due** | **$1,051.60** |



*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

**Billed to:**    Andrew J. Gabel
**Invoice #**   74949B5
**Billed:**     3/8/2019
**Amount Due:**  $1,051.60

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

| | |
|---|---|
| Contact: | 208-345-9611 |
| | 800-234-9611 |
| Fax: | 208-345-8800 |
| Email: | courtreporters@m-mservice.com |

ankura

COPY

**Invoice**

Ankura Consulting Group, LLC
1201 Third Avenue, Suite 3320
Seattle, WA 98101

| | |
|---|---|
| **Invoice No:** | 0100037255 |
| **Invoice Date:** | 3/8/19 |
| **Page:** | 1 of 4 |

**Bill To:**
Mr. Andrew Gabel
Lane Powell
1420 Fifth Ave., Suite 4200
Seattle, WA 98101-2375

| | |
|---|---|
| **Customer Number:** | 19609 |
| **Payment Terms:** | Net 30 |
| **Due Date:** | 4/7/19 |

| ANTICIPATED COST | |
|---|---|
| AP CHECK DUPLICATE | BILLING COST INPUT |
| 104 3 11 19 | 3-11-19 |

**Project #(s)**

198990

198990 / Shoshone-Bannock Casino Expansion
Consulting Fees
February 1, 2019 – February 28, 2019

| Name | Level/Category | Hours | Rate | Extended Amount |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Megan Wells | Managing Director | 7.00 | 385.00 | 2,695.00 |
| Vanessa Williams | Senior Director | 64.00 | 385.00 | 24,640.00 |
| Nicole Bogrand | Senior Associate | 20.00 | 240.00 | 4,800.00 |
| | **Total Professional Fees:** | | | 32,135.00 |
| | **AMOUNT DUE:** | **USD** | | 32,135.00 |



| | | | | |
|---|---|---|---|---|
| **Invoice Date:** | | | | March 8, 2019 |
| **Invoice No:** | | | | 0100037255 |
| **Project Number:** | | | | 198990 |
| **Client Name:** | | | | Shoshone-Bannock Casino Expansion |
| **Page:** | | | | 2 of 4 |

## PROFESSIONAL FEES

| Name | Date | Hours | Amount | Comments |
|---|---|---|---|---|
| Bogrand, Nicole | 2/19/2019 | 3.00 | 720.00 | Project cost audit analysis. |
| Bogrand, Nicole | 2/20/2019 | 8.50 | 2,040.00 | Project cost audit analysis. |
| Bogrand, Nicole | 2/21/2019 | 4.00 | 960.00 | Project cost audit analysis. |
| Bogrand, Nicole | 2/26/2019 | 2.00 | 480.00 | Project cost audit analysis. |
| Bogrand, Nicole | 2/27/2019 | 1.50 | 360.00 | Project cost audit analysis. |
| Bogrand, Nicole | 2/28/2019 | 1.00 | 240.00 | Project cost audit analysis. |
| | **Subtotal** | **20.00** | **4,800.00** | |
| Wells, Megan S | 2/24/2019 | 1.50 | 577.50 | Project cost audit analysis / expert report support analysis. |
| Wells, Megan S | 2/25/2019 | 3.50 | 1,347.50 | Project cost audit analysis / expert report support analysis. |
| Wells, Megan S | 2/27/2019 | 1.50 | 577.50 | Project cost audit analysis / expert report support analysis. |
| Wells, Megan S | 2/28/2019 | 0.50 | 192.50 | Project cost audit analysis / expert report support analysis. |
| | **Subtotal** | **7.00** | **2,695.00** | |
| Williams, Vanessa I | 2/4/2019 | 0.25 | 96.25 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/6/2019 | 1.00 | 385.00 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/7/2019 | 0.50 | 192.50 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/11/2019 | 0.50 | 192.50 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/14/2019 | 2.75 | 1,058.75 | Project cost audit and preparation of expert report. Conference call with Counsel. |
| Williams, Vanessa I | 2/18/2019 | 0.50 | 192.50 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/19/2019 | 7.50 | 2,887.50 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/20/2019 | 6.25 | 2,406.25 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/21/2019 | 3.75 | 1,443.75 | Project cost audit and preparation of expert report. |



| | | |
|---|---|---|
| **Invoice Date:** | | March 8, 2019 |
| **Invoice No:** | | 0100037255 |
| **Project Number:** | | 198990 |
| **Client Name:** | | Shoshone-Bannock Casino Expansion |
| **Page:** | | 3 of 4 |

## PROFESSIONAL FEES

| Name | Date | Hours | Amount | Comments |
|---|---|---|---|---|
| Williams, Vanessa I | 2/22/2019 | 6.50 | 2,502.50 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/23/2019 | 4.50 | 1,732.50 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/24/2019 | 3.25 | 1,251.25 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/25/2019 | 5.00 | 1,925.00 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/26/2019 | 8.00 | 3,080.00 | Project cost audit and preparation of expert report. Conference call with Counsel. |
| Williams, Vanessa I | 2/27/2019 | 5.25 | 2,021.25 | Project cost audit and preparation of expert report. |
| Williams, Vanessa I | 2/28/2019 | 8.50 | 3,272.50 | Project cost audit and preparation of expert report. Conference call with Counsel. |
| **Subtotal** | | **64.00** | **24,640.00** | |
| **Total Professional Fees** | | **91.00** | **32,135.00** | USD |

*86 421*

# BC&E LLC

BC&E, LLC
1520 West Canal Court, Suite 240
Littleton, Colorado 80120
303.350.1000
www.bce-llc.net



## INVOICE

BC&E Invoice No. 19-079

Federal Taxpayer I.D. No.: 47-3710871

March 11, 2019

Andrew J. Gabel
Shareholder
Lane Powell PC
1420 Fifth Avenue, Suite 420
Seattle, Washington 98101

| ANTICIPATED COST | |
|---|---|
| AP CHECK DUPLICATE | BILLING COST INPUT |
| | |

Re:   Expert Consulting Services and Expert Witness Services to Shoshone-Bannock Tribes (SBT)
Related to the Building Envelope
Shoshone-Bannock Tribes Phase II Casino Project, Fort Hall, Idaho
Ormond Builders Inc. v. Shoshone-Bannock Tribes
BC&E No. 18176.01

CLIENT AUTHORIZATION AND APPROVED FEE ESTIMATE:
Hourly basis, based on verbal authorization given March 6, 2019.
(Written engagement letter to follow)

AMOUNT DUE NOW:
For services rendered February 18 through March 1, 2019, please pay the sum of **$6,314.30**

Please make payment to:    **BC&E, LLC**
**1520 West Canal Court, Suite 240**
**Littleton, Colorado 80120**

ITEMIZED CURRENT CHARGES:
See Next Page

PRIOR BILLING:
Prior Billing:         $0.00
Paid to Date:       $0.00
Past Due:            $0.00

UNPAID INVOICE DATES AND AMOUNTS:
None

*Thanks, Linda*

# BC&E LLC

| Date | BC&E Personnel | Rate | No. Hrs. | Amount | Description of Activities |
|------|------|------|------|------|------|
| 2/18/19 | LMM | $220 | 2.50 | $550.00 | Conf call with SBT attny and Mark Johnson; review docs from SBT |
| 2/19/19 | LDF | $250 | 2.00 | $500.00 | Consult on Building envelope deficiencies evaluation |
| 2/20/19 | LDF | $250 | 8.00 | $2,000.00 | Consult on Building envelope deficiencies evaluation |
| 2/21/19 | LMM | $220 | 0.50 | $110.00 | Write report |
| 2/25/19 | LMM | $220 | 1.00 | $220.00 | Write report |
| 2/26/19 | LMM | $220 | 5.50 | $1,210.00 | Write report |
| 2/27/19 | LMM | $220 | 2.00 | $440.00 | Write report |
| 2/28/19 | LDF | $250 | 1.50 | $375.00 | Review report and issues with LMM |
| 2/28/19 | LMM | $220 | 2.50 | $550.00 | Write report |
| 3/1/19 | LDF | $250 | 0.50 | $125.00 | Review report and issues with LMM |
| 3/1/19 | LMM | $220 | 1.00 | $220.00 | Write report |

|  | Subtotal |  |  | $6,300.00 |  |

## Expenses

| Date | Personnel | Amount | Description of Expense |
|------|------|------|------|
| 2/18/19 | BC&E | $13.00 | Print 65 b/w copies, 8.5 x 11, @ .20 each |
|  | Subtotal | $13.00 |  |
|  | Subtotal plus 10% markup | $14.30 |  |

## Mileage (at $0.60/mile)

| Date | Personnel | Miles | Amount | Description of Trip |
|------|------|------|------|------|
|  |  | 0 | $0.00 |  |
|  | Subtotal |  | $0.00 |  |
|  | Total Expenses |  | $14.30 |  |
|  | **Total Hours and Expenses** |  | **$6,314.30** |  |

Invoiced March 11, 2019; Invoice No. 19-079